# United States District Court
## STATE AND DISTRICT OF MINNESOTA

UNITED STATES OF AMERICA
v.
RYAN RANDALL GILBERTSON,
DOUGLAS VAUGHN HOSKINS

**GOVERNMENT'S EXHIBIT LIST**
Crim. No. 17-66 (PJS/HB)

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEYS | DEFENDANTS ATTORNEYS |
|---|---|---|
| The Honorable Patrick J. Schiltz | AUSA Joseph H. Thompson<br>AUSA Kimberly A. Svendsen<br>AUSA Melinda A. Williams | William Mauzy<br>Aaron J. Morrison |
| **TRIAL DATE**<br>June 8, 2018 | **COURT REPORTER**<br>Debra Beauvais | **COURTROOM DEPUTY**<br>Caryn Glover |

| EX. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBIT |
|---|---|---|---|---|
| 1 | 6/18 | | 6/18 | Summary Chart of Counts to Exhibits |
| 1a | 6/15 | | 6/15 | Stipulation of Fact |
| 2 | 6/11 | | 6/11 | November 13, 2008 Dakota Plains Transport, Inc. Written Board Action "Corporate Documents and Action of Incorporator" |
| 7 | 6/11 | | 6/11 | November 13, 2008 Dakota Plains Transport, Inc. Written Board Action "Initial Subscriptions" |
| 12 | 6/14 | | 6/14 | Wildcat Ranch, LLC, State of Minnesota, Certificate of Organization |
| 16 | 6/11 | | 6/11 | March 1, 2009 Dakota Plains Transport, Inc. Written Board Action "Private Placement" |
| 17 | 6/11 | | 6/11 | March 15, 2009 Dakota Plains Transport, Inc. Private Placement Memorandum (Shares at $0.55 per share) |
| 18 | 6/11 | | 6/11 | April 15, 2009 Dakota Plains Transport, Inc. Written Board Action "Extension of Private Placement" |
| 19 | 6/18 | | 6/18 | Summary chart of Dakota Plains Transport, Private Placement Financing, equity raised $1,644,552 for total shares of 2,990,095 |
| 20 | 6/11 | | 6/11 | June 1, 2009 Dakota Plains Transport, Inc. Written Action of the Board approving the Consulting Agreement with Napa Properties, LLC |
| 21 | 6/11 | | 6/11 | June 1, 2009 Consulting Agreement between Napa Properties, LLC and Dakota Plains Transport, Inc. with attached shares certificates and payments from Dakota Plains Transport Inc. |

| EX. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBIT |
|---|---|---|---|---|
| 22 | 6/11 | | 6/11 | Napa Properties, LLC, State of Minnesota, Certificate of Organization (dated January 20, 2004) |
| 26 | 6/11 | | 6/11 | November 1, 2010 Dakota Plains Transport, Inc. Written Board Action "Joint Venture Arrangement" |
| 30 | 6/11 | | 6/11 | July 16, 2010 Dakota Plains Transport, Inc. Written Board Action "Private Placement" |
| 32 | 6/11 | | 6/11 | July 20, 2010 Dakota Plains Transport, Inc. Private Placement Memorandum offering shares at $1.55 per share |
| 33 | 6/18 | | 6/18 | Summary chart of Dakota Plains Transport, Private Placement Financing, equity raised, $542,500 for total shares of 350,000 |
| 35 | 6/11 | | 6/11 | September 1, 2010 Dakota Plains Transport, Inc. Written Action of the Board approving the Consulting Agreement with Napa Properties, LLC |
| 36 | 6/11 | | 6/11 | September 1, 2010 Consulting Agreement between Napa Properties, LLC and Dakota Plains Transport, Inc. |
| 42 | 6/21 | | 6/21 | Dakota Plains Transport Inc., Record of Shareholder Dividend Election (January 2011) |
| 45 | 6/11 | | 6/11 | January 24, 2011 Dakota Plains Transport, Inc. Written Board Action "12% Senior Promissory Notes" |
| 46 | 6/11 | | 6/11 | January 24, 2011 12% Senior Promissory Notes Closing Memorandum |
| 47 | 6/11 | | 6/11 | January 24, 2011 Dakota Plains Transport, Inc. 12% Senior Promissory Notes, Private Placement Memorandum |
| 50 | 6/11 | | 6/11 | February 1, 2011, $1,000,000, 12% Promissory Notes between Dakota Plains Transport, Inc. and Ryan R. Gilbertson, Senior Note Subscription Agreement |
| 51 | 6/11 | | 6/11 | February 1, 2011, $1,000,000, 12% Senior Promissory Note between Dakota Plains Transport, Inc. and Ryan Gilbertson |
| 52 | 6/11 | | 6/11 | February 1, 2011, $100,000, 12% Promissory Notes between DAKP and Total Depth Foundation (Ryan R. Gilbertson), Senior Note Subscription Agreement |
| 53 | 6/11 | | 6/11 | February 1, 2011, $100,000, 12% Senior Promissory Note between Dakota Plains Transport, Inc. and Total Depth Foundation (Ryan Gilbertson) |
| 54 | 6/11 | | 6/11 | Total Depth Foundation, State of Minnesota, Certificate of Incorporation (10/06/2009) |

| EX. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBIT |
|---|---|---|---|---|
| 55 | 6/11 | | 6/11 | $50,000, 12% Promissory Notes between DAKP and Jessica Gilbertson, Senior Note Subscription Agreement (February 1, 2011) |
| 56 | 6/11 | | 6/11 | $50,000 12% Senior Promissory Note between Dakota Plains Transport, Inc. and Jessica Gilbertson |
| 57 | 6/11 | | 6/11 | $1,000,000, 12% Promissory Notes between DAKP and Michael L. Reger, Senior Note Subscription Agreement (February 1, 2011) |
| 58 | 6/11 | | 6/11 | $1,000,000, 12% Senior Promissory Note between Dakota Plains Transport, Inc. and Michael Reger |
| 59 | 6/11 | | 6/11 | $250,000, 12% Promissory Notes between DAKP and 1242 Investments, LLC (James R. Sankovitz), Senior Note Subscription Agreement (February 1, 2011) |
| 60 | 6/11 | | 6/11 | $250,000 12% Senior Promissory Note between Dakota Plains Transport, Inc. and 1242 Investments, LLC (James Sankovitz) |
| 61 | 6/11 | | 6/11 | $250,000, 12% Promissory Notes between DAKP and JSC Trust (Paul D. Hayes, Trustee), Senior Note Subscription Agreement (February 1, 2011) |
| 62 | 6/11 | | 6/11 | $250,000 12% Senior Promissory Note between Dakota Plains Transport, Inc. and JSC Trust (Paul D. Hayes, Trustee) |
| 63 | 6/11 | | 6/11 | $250,000, 12% Promissory Notes between DAKP and Ken Evenstad, Senior Note Subscription Agreement (March 8, 2011) |
| 64 | 6/11 | | 6/11 | $250,000, 12% Senior Promissory Note between Dakota Plains Transport, Inc. and Ken Evenstad |
| 65 | 6/11 | | 6/11 | $250,000, 12% Promissory Notes between DAKP and Mark Evenstad, Senior Note Subscription Agreement (February 1, 2011) |
| 66 | 6/11 | | 6/11 | $250,000, 12% Senior Promissory Note between Dakota Plains Transport, Inc. and Mark Evenstad |
| 67 | 6/11 | | 6/11 | $250,000, 12% Promissory Notes between DAKP and 12 West Partners (Jack A. Norqual), Senior Note Subscription Agreement (February 1, 2011) |
| 68 | 6/11 | | 6/11 | $250,000, 12% Senior Promissory Note between Dakota Plains Transport, Inc. and 12 West Partners (Jack A. Norqual) |

| EX. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBIT |
|---|---|---|---|---|
| 69 | 6/11 | | 6/11 | $100,000, 12% Promissory Notes between DAKP and Wayzata Bay Capital, LLC (Chad D. Winter), Senior Note Subscription Agreement (February 1, 2011) |
| 70 | 6/11 | | 6/11 | $100,000, 12% Senior Promissory Note between Dakota Plains Transport, Inc. and Wayzata Bay Capital, LLC (Chad D. Winter) |
| 71 | 6/11 | | 6/11 | Wayzata Bay Capital, LLC, State of Minnesota, Certificate of Organization |
| 80 | 6/11 | | 6/11 | February 2, 2011 Written Board Action "Director Stock Grant" |
| 81 | 6/11 | | 6/11 | February 9, 2011 Letter from Ryan Gilbertson to Dakota Plains Transport, Inc. re transferring shares to Weldon Gilbertson as custodian for Holden Gilbertson |
| 82 | 6/11 | | 6/11 | February 10, 2011 Weldon "Joe" Gilbertson Resignation Letter |
| 83 | 6/11 | | 6/11 | February 10, 2011 James Randall "Randy" Reger Resignation Letter |
| 84 | 6/11 | | 6/11 | February 10, 2011 James Sankovitz Resignation Letter |
| 85 | 6/11 | | 6/11 | February 10, 2011 Written Board Action "Resignation of Weldon R. Gilbertson" |
| 86 | 6/11 | | 6/11 | February 10, 2011 Written Board Action "Resignation of James Randall Reger as Director" |
| 97 | 6/11 | | 6/11 | February 22, 2011 Email from Ryan Gilbertson to Gabe Claypool and Michael Reger re: "DPT Opportunity" |
| 100 | 6/12 | | 6/12 | March 13, 2011 Email from James Sankovitz to Gabe Claypool re "DPT Employment Documents" |
| 102 | 6/20 | | 6/20 | Written Board Action "Appointment of Paul M. Cownie to Special Committee" (dated February 15, 2011) |
| 104 | *6/12* | | 6/12 | Gabriel Claypool resume |
| 115 | 6/12 | | 6/12 | March 5, 2011 Dakota Plains Transport, Inc. Board Action re "Private Placement" |
| 116 | 6/12 | | 6/12 | March 5, 2011 Dakota Plains Transport, Private Placement Memorandum Offering shares at $4.25 |
| 117 | 6/12 | | 6/12 | March 5, 2011 Dakota Plains Transport, Inc. Private Placement Financing "Closing Memorandum" |
| 121 | 6/12 | | 6/12 | April 5, 2011 Dakota Plains Transport, Inc. Written Action of the Board approving a Consulting Agreement with Capital Holdings 130315, LLC |

| EX. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBIT |
|---|---|---|---|---|
| 122 | 6/12 | | 6/12 | April 5, 2011 Consulting Agreement between Capital Holdings 130315, LLC and Dakota Plains Transport, Inc. |
| 123 | 6/11 | | 6/11 | Capital Holdings 130315, LLC, State of Minnesota, Certificate of Organization |
| 130 | 6/11 | | 6/11 | April 13, 2011 Dakota Plains Transport, Inc. Written Board Action "12% Junior Promissory Notes" |
| 131 | 6/11 | | 6/11 | April 13, 2011 Dakota Plains Transport, Inc. Private Placement Memorandum for issuance of up to $5,500,000 Principal Amount, 12% Junior Promissory Notes, Private Placement Memorandum E145 |
| 132 | 6/11 | | 6/11 | April 14, 2011 Supplement to Private Placement Memorandum |
| 133 | 6/11 | | 6/11 | April 14, 2011 12% Junior Promissory Notes Closing Memorandum |
| 140 | 6/11 | | 6/11 | April 14, 2011, $2,000,000, 12% Promissory Note between Dakota Plains Transport Inc. and Ryan R. Gilbertson |
| 141 | 6/11 | | 6/11 | April 14, 2011, $2,000,000, 12% Promissory Note Subscription Agreement between Dakota Plains Transport Inc. and Ryan R. Gilbertson |
| 142 | 6/11 | | 6/11 | April 14, 2011, $250,000, 12% Promissory Note between Dakota Plains Transport Inc. and Total Depth Foundation |
| 143 | 6/11 | | 6/11 | April 14, 2011, $250,000, 12% Promissory Note Subscription Agreement between Dakota Plains Transport Inc. and Total Depth Foundation |
| 144 | 6/11 | | 6/11 | April 14, 2011, $2,000,000, 12% Promissory Note between Dakota Plains Transport Inc. and Reger Gas Investments Inc. |
| 145 | 6/11 | | 6/11 | April 14, 2011, $2,000,000, 12% Promissory Note Subscription Agreement between Dakota Plains Transport Inc. and Reger Gas Investments Inc. |
| 146 | 6/11 | | 6/11 | Reger Gas Investments, State of Minnesota, Certificate of Organization |
| 147 | 6/11 | | 6/11 | April 14, 2011, $250,000, 12% Promissory Note between Dakota Plains Transport Inc. and 1242 Investments, LLC (James R. Sankovitz) |
| 148 | 6/11 | | 6/11 | April 14, 2011, $250,000, 12% Junior Promissory Note Subscription Agreement between Dakota Plains Transport Inc. and 1242 Investments, LLC (James R. Sankovitz) |

| EX. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBIT |
|---------|--------------|--------|----------|------------------------|
| 149 | 6/11 | | 6/11 | April 14, 2011, $250,000, 12% Promissory Note between Dakota Plains Transport Inc. and Ken Evenstad |
| 150 | 6/11 | | 6/11 | April 14, 2011, $250,000, 12% Junior Promissory Note Subscription Agreement between Dakota Plains Transport Inc. and Ken Evenstad |
| 151 | 6/11 | | 6/11 | April 14, 2011, $250,000, 12% Promissory Note between Dakota Plains Transport Inc. and Mark Evenstad |
| 152 | 6/11 | | 6/11 | April 14, 2011, $250,000, 12% Junior Promissory Note Subscription Agreement between Dakota Plains Transport Inc. and Mark Evenstad |
| 153 | 6/11 | | 6/11 | April 14, 2011, $250,000, 12% Promissory Note between Dakota Plains Transport Inc. and JSC Trust (Paul D. Hayes, Trustee) |
| 154 | 6/11 | | 6/11 | April 14, 2011, $250,000, 12% Junior Promissory Note Subscription Agreement between Dakota Plains Transport Inc. and JSC Trust (Paul D. Hayes, Trustee) |
| 155 | 6/11 | | 6/11 | April 14, 2011, $250,000, 12% Promissory Note between Dakota Plains Transport Inc. and Jack A. Norqual |
| 156 | 6/11 | | 6/11 | April 14, 2011, $250,000, 12% Junior Promissory Note Subscription Agreement between Dakota Plains Transport Inc. and Jack A. Norqual |
| 161 | 6/12 | | 6/12 | April 20, 2011 Dakota Plains Transport, Inc. Written Action of the Board approving the Consulting Agreement with Napa Properties, LLC |
| 162 | 6/12 | | 6/12 | April 20, 2011 Consulting Agreement between Napa Properties, LLC and Dakota Plains Transport, Inc. |
| 163 | 6/12 | | 6/12 | April 20, 2011 Dakota Plains Transport, Inc. Written Action of the Board approving Consulting Agreement with 1242 Investments, LLC |
| 164 | 6/12 | | 6/12 | April 20, 2011 Consulting Agreement between 1242 Investments, LLC and Dakota Plains Transport, Inc. |
| 165 | 6/11 | | 6/11 | Sank Consulting Services, LLC, (Minnesota Business Name: 1242 Investments, LLC), State of Minnesota, Certificate of Organization with the Minnesota Secretary of State (11/16/2004) |
| 170 | 6/11 | | 6/11 | June 20, 2011 Articles of Incorporation of Dakota Plains Inc. (Minnesota Secretary of State) |

| EX. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBIT |
|---|---|---|---|---|
| 180 | 6/12 | | 6/12 | October 23, 2011 Email from Ryan Gilbertson to Gabe Claypool et al. re "DP Note Consolidation and Extension" |
| 181 | 6/12 | | 6/12 | October 31, 2011 Dakota Plains, Inc. Board of Directors Meeting Minutes |
| 190 | 6/11 | | 6/11 | $3,000,000 Exchange and Loan Agreement and Promissory Note, between Ryan R. Gilbertson and Dakota Plains, Inc. (November 1, 2011) |
| 191 | 6/11 | | 6/11 | $450,000 Exchange and Loan Agreement and Promissory Note, between Total Depth Foundation (Ryan R. Gilbertson) and Dakota Plains, Inc. (November 1, 2011) |
| 192 | 6/11 | | 6/11 | $50,000 Exchange and Loan Agreement and Promissory Note, between Weldon W. Gilbertson as Custodian for Holden Gilbertson and Dakota Plains, Inc. (November 1, 2011) |
| 193 | 6/11 | | 6/11 | $1,000,000 Exchange and Loan Agreement and Promissory Note, between Michael L. Reger and Dakota Plains, Inc. (November 1, 2011) |
| 194 | 6/11 | | 6/11 | $2,000,000 Exchange and Loan Agreement and Promissory Note, between Reger Gas Investments, LLC and Dakota Plains, Inc. (November 1, 2011) |
| 195 | 6/11 | | 6/11 | $500,000 Exchange and Loan Agreement and Promissory Note, between JSC Trust (Paul D. Hayes, Business Management Trustee) and Dakota Plains, Inc. (November 1, 2011) |
| 196 | 6/11 | | 6/11 | $500,000 Exchange and Loan Agreement and Promissory Note, between Ken Evenstad and Dakota Plains, Inc. (November 1, 2011) |
| 197 | 6/11 | | 6/11 | $500,000 Exchange and Loan Agreement and Promissory Note, between Mark Evenstad and Dakota Plains, Inc. (November 1, 2011) |
| 198 | 6/11 | | 6/11 | $250,000 Exchange and Loan Agreement and Promissory Note, between 12 West Partners (Jack A. Norqual) and Dakota Plains, Inc. (November 1, 2011) |
| 199 | 6/11 | | 6/11 | $250,000 Exchange and Loan Agreement and Promissory Note, between Jack A. Norqual and Dakota Plains, Inc. (November 1, 2011) |
| 200 | 6/11 | | 6/11 | $500,000 Exchange and Loan Agreement, between 1242 Investments, LLC (Kristin R. Sankovitz) and Dakota Plains, Inc. (November 1, 2011) |

| EX. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBIT |
|---|---|---|---|---|
| 209 | 6/18 | | 6/18 | $60,000 Check from Dakota Plains to Ryan Gilbertson for "Cash Extension Fee" |
| 215 | 6/12 | | 6/12 | November 7, 2011 Private Placement Memorandum for Common Stock Offering of 400,000 shares Dakota Plains, Inc. stock at $4.00 per share |
| 216 | 6/12 | | 6/12 | December 8, 2011 Dakota Plains, Private Placement Financing, $4.00 Per Share re Closing Memorandum |
| 217 | 6/12 | | 6/12 | December 16, 2011, Email from James Sankovitz to Gabe Claypool re DP - Napa Properties Consulting Agreement |
| 218 | 6/12 | | 6/12 | December 27, 2011 Extension of Consulting Agreement with Capital Holdings 130315, LLC |
| 250 | 6/13 | | 6/13 | January 14, 2011 email from Jim Sankovitz to Thomas Howells, Ryan Gilbertson, and Mike Reger re "Dakota Plains Transport Executive Summary" |
| 251 | 6/13 | | 6/13 | January 20, 2011 Confidentiality Agreement between Thomas Howells and Dakota Plains Transport, Inc. |
| 253 | 6/13 | | 6/13 | January 24, 2011 Email from Jim Sankovitz to Thomas Howells, Ryan Gilbertson, and Michael Reger re "DPT Financial Due Diligence" |
| 262 | 6/13 | | 6/13 | April 6, 2011 Email from Thomas Howells to Ryan Gilbertson and James R. Sankovitz re "Option Summary" |
| 264 | 6/12 | | 6/12 | April 8, 2011 Email from James R. Sankovitz to Chris Gibson, Ryan Gilbertson, Michael Reger, and Gabe Claypool re "DPT - Canaccord Engagement" |
| 267 | 6/18 | | 6/18 | September 22, 2011 Email from Ryan Gilbertson to Chris Gibson re "Canaccord" |
| 273 | 6/12 | | 6/12 | October 31, 2011 Email from Gabe Claypool re "Dakota Plains - Board Meeting" |
| 276 | 6/13 | | 6/13 | November 3, 2011 Email from Thomas Howells to Ryan Gilbertson re "MCT discussion" |
| 277 | 6/12 | | 6/12 | November 8, 2011 Memorandum of Understanding for Merger Between MCT Holding Corporation and Dakota Plains, Inc. |
| 284 | 6/12 | | 6/12 | December 14, 2011 Email from Gabe Claypool to Dakota Plains Board re "Dakota Plains- MCT Holding corporation Agreement & Plan of Merger" |
| 288 | 6/12 | | 6/12 | December 16, 2011 Email from Timothy Brady to Dakota Plains, Inc. Shareholders re "Dakota Plains Official Shareholder Communication -- RESPONSE REQUIRED" |

| EX. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBIT |
|---|---|---|---|---|
| 303 | 6/13 | | 6/13 | December 28, 2011 Email from Thomas Howells to Ryan Gilbertson re "Wire Instructions. LWB Trust Account.doc" |
| 308 | 6/13 | | 6/13 | March 2, 2012 Email Chain Between Ryan Gilbertson and Thomas Howells re "Buyer of the Stock is Doug Hoskins" |
| 309 | 6/14 | | 6/14 | March 2, 2012 Email from Doug Hoskins to Ryan Gilbertson re "wire instructions" |
| 310 | 6/13 | | 6/13 | March 2, 2012 Email from Thomas Howells to Cory Powers re "client" |
| 311 | 6/14 | | 6/14 | March 7, 2012 Email from Ryan Gilbertson to Stephanie Horton re DPT transfers |
| 312 | 6/13 | | 6/13 | March 6, 2012 Email from Thomas Howells to Ryan Gilbertson re "share purchase info" |
| 313 | 6/14 | | 6/14 | March 7, 2012 $30,000 wire transfer from Ryan Gilbertson account at Morgan Stanley to Hoskins Land and Farm account at Topline Federal Credit Union |
| 314 | 6/14 | | 6/14 | March 2012 Statement for Hoskins Land and Farm, Inc. account at Topline Federal Credit Union |
| 315 | 6/11 | | 6/11 | March 8, 2012 Email from Doug Hoskins to Cory Powers re "Documents" |
| 316 | 6/11 | | 6/11 | March 9, 2012 Email from Doug Hoskins to Cory Powers re "Doug Hoskins DL" |
| 317 | 6/11 | | 6/11 | March 9, 2012 Email from Doug Hoskins to Cory Powers re "Affiliation Doug Hoskins" |
| 318 | 6/11 | | 6/11 | March 9, 2012 Email from Doug Hoskins to Cory Powers re "Investor Soph Doug Hoskins" |
| 319 | 6/11 | | 6/11 | March 9, 2012 Email from Doug Hoskins to Cory Powers re "Stock Deposit Doug Hoskins" |
| 320 | 6/11 | | 6/11 | March 9, 2012 Email from Doug Hoskins to Cory Powers re "Cash App" |
| 321 | 6/13 | | 6/13 | March 13, 2012 Email chain between Ryan Gilbertson to Thomas Howells re "share purchase info" (9:24 p.m.) |
| 322 | 6/13 | | 6/13 | March 14, 2012 Email from Ryan Gilbertson to Thomas Howells re "SPA" (8:13 p.m.) |
| 323 | 6/13 | | 6/13 | March 14, 2012 Email from Ryan Gilbertson to Thomas Howells re "SPA" (8:25 p.m.) |
| 327 | 6/14 | | 6/14 | March 15, 2012 $25,000 wire transfer from Hoskins Land and Farm account at Topline Federal Credit Union to Leonard Burningham IOLTA account |

6/21/2018

| EX. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBIT |
|---|---|---|---|---|
| 328 | 6/14 | | 6/14 | March 2012 Statement from Leonard Burningham IOLTA account at Wells Fargo |
| 331 | 6/13 | | 6/13 | March 19, 2012 Email from Thomas Howells to Ryan Gilbertson re "SPA" |
| 333 | 6/13 | | 6/13 | March 22, 2012 Email from Ryan Gilbertson to Thomas Howells re "I will follow up-to be clear, it will get done" |
| 334 | 6/13 | | 6/13 | March 22, 2012 Email from Ryan Gilbertson to Thomas Howells re "Signed and scanned docs should be to you tomorrow morning" |
| 335 | 6/13 | | 6/13 | March 23, 2012 Email from Doug Hoskins to Ryan Gilbertson, and forwarded to Thomas Howells, re "Fwd.. Signed Docs 5 of 6" |
| 336 | 6/13 | | 6/13 | March 23, 2012 signed Share Purchase Agreement re Doug Hoskins's purchase of 15,000 shares of freely trading MCT Holding Corporation stock for $7,500 from Bradley Burningham |
| 337 | 6/13 | | 6/13 | March 23, 2012 signed Share Purchase Agreement re Doug Hoskins's purchase of 15,000 shares of freely trading MCT Holding Corporation stock for $7,500 from Branden Burningham |
| 338 | 6/13 | | 6/13 | March 23, 2012 signed Share Purchase Agreement re Doug Hoskins's purchase of 3,000 shares of freely trading MCT Holding Corporation stock for $1,500 from Jamie Hardrick |
| 339 | 6/13 | | 6/13 | March 23, 2012 signed Share Purchase Agreement re Doug Hoskins's purchase of 3,000 shares of freely trading MCT Holding Corporation stock for $1,500 from Shelley Goff |
| 340 | 6/13 | | 6/13 | March 23, 2012 signed Share Purchase Agreement re Doug Hoskins's purchase of 11,000 shares of freely trading MCT Holding Corporation stock for $5,500 from Sheryl Taylor |
| 341 | 6/13 | | 6/13 | Share Purchase Agreement produced by Ryan Gilbertson to the Securities and Exchange Commission |
| 344 | 6/13 | | 6/13 | March 23, 2012 Email from Doug Hoskins to Ryan Gilbertson, and forwarded to Thomas Howells, re "Fw: April Doc" |
| 346 | 6/11 | | 6/11 | March 23, 2012 Email from Sherry Taylor to Cory Powers re MCT |

| EX. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBIT |
|---|---|---|---|---|
| 350 | 6/13 | | 6/13 | March 27, 2012 Email forwarded from Thomas Howells to Ryan Gilbertson FW "Don's Purchases" |
| 351 | 6/13 | | 6/13 | March 28, 2012 Email from Thomas Howells to Ryan Gilbertson re "For Don's records" (with attachments) |
| 353 | 6/13 | | 6/13 | April 3, 2012 Email chain from Thomas Howells to Ryan Gilbertson re Douglas Hoskins Cert. |
| 355 | 6/14 | | 6/14 | Photograph of Wilson-Davis Co Building |
| 358 | 6/18 | | 6/18 | March 21, 2012 Email from Ryan Gilbertson to Chris Gibson re "just called you, you around?" |
| 359 | 6/18 | | 6/18 | March 21, 2012 Email from Ryan Gilbertson to Chris Gibson re "just called you, you around?" |
| 360 | 6/12 | | 6/12 | March 22, 2012 signed Agreement and Plan of Merger by and among MCT Holding Corporation, Dakota Plains, Inc., and DP Acquisition Corporation |
| 362 | 6/12 | | 6/12 | March 22, 2012 Dakota Plains Holdings, Inc. SEC Form 8-K announcing reverse merger |
| 364 | 6/11 | | 6/11 | Central Registration Depository (CRD)/ Investment Advisors Registration Depository (IARD) of Ryan R. Gilbertson (Certified Copy April 23, 2018) |
| 366 | 6/11 | | 6/11 | Summary charts of Dakota Plains Holdings, Inc. (DAKP). Retail Transaction, time period 3/23/2012 - 4/20/2012 |
| 367 | 6/11 | | 6/11 | Dakota Plains Holdings, Inc. (DAKP), Buyers and Seller 3/23/2012 - 4/20/2012 |
| 368 | 6/11 | | 6/11 | Dakota Plains Holdings, Inc. (DAKP), Malibu Club Tan (MCT) Daily Trading Records 10/3/2011 to 9/21/2012 |
| 369 | 6/11 | | 6/11 | Dakota Plains Holdings, Inc. (DAKP), Price Chart 3/23/2012 - 9/21/2012 |
| 370 | 6/11 | | 6/11 | Wilson Davis & Company, Dakota Plains Holdings, Inc. (DAKP), Shares Sold and Percentage of Total Volume 3/23/2012 - 4/20/2012 |
| 371 | 6/11 | | 6/11 | Broker Percentage of Total Volume during first 20 days of trading 3/23/2012 - 4/20/2012 |
| 372 | 6/11 | | 6/11 | Hoskins Volume Compared to Total Volume (Days Hoskins Traded (3/23/2012 to 4/17/2012) |
| 373 | 6/11 | | 6/11 | Northland Securities, Dakota Plains Holdings, Inc. (DAKP), Shares Sold and Percentage of Total Volume 3/23/2012 - 4/17/2012 |
| 374 | 6/11 | | 6/11 | Dakota Plains Holdings, Inc. (DAKP), Volume Comparison first 20 days versus next 107 days |

| EX. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBIT |
|---|---|---|---|---|
| 375 | 6/11 | | 6/11 | Additional Payment Provision (APP) Calculation |
| 380 | 6/11 | | 6/11 | Wilson-Davis & Co. Spreadsheet of All MTHL Orders between March 31, 2011 and March 31, 2012 |
| 381 | 6/11 | | 6/11 | Wilson-Davis & Co. Spreadsheet of All DAKP Customer Orders between March 23, 2012 and December 31, 2013 |
| 382 | 6/11 | | 6/11 | Wilson-Davis & Co. Account Statements for Doug Hoskins (March 2012) |
| 383 | 6/11 | | 6/11 | Wilson-Davis & Co. Account Statements for Doug Hoskins (April-June 2012) |
| 384 | 6/11 | | 6/11 | Wilson-Davis & Co. Account Summary for Douglas Hoskins |
| 385 | 6/11 | | 6/11 | Wilson-Davis & Co. Trade Confirmations for MCT Holding Corporation (March 23, 2012 to March 28, 2012) |
| 386 | 6/11 | | 6/11 | Wilson-Davis & Co. Dakota Plains Holdings Corporation Trade Confirmations (March 28, 2012 to December 27, 2013) |
| 390 | 6/11 | | 6/11 | Wilson-Davis & Co. Trade Blotter re Transactions in MCT Holdings and Dakota Plains Holdings (March 23, 2012 to December 28, 2012 |
| 391 | 6/14 | | 6/14 | Doug Hoskins Burnet Realty Verizon Phone Records Statements March 4, 2012 through May 3, 2012 |
| 392 | 6/14 | | 6/14 | Ryan Gilbertson Verizon Phone Records Statements March 4, 2012 through May 3, 2012 |
| 393 | 6/14 | | 6/14 | Northland Securities Trade Blotter for Dakota Plains Holding Company (MTHL/DAKP) from March 23, 2012 to May 17, 2012 |
| 394 | 6/13+14 | | 6/13+14 | Northland Securities Trade Confirmations reflecting client purchases of DAKP shares |
| 396 | 6/14 | | 6/14 | March 23, 2012 Email from Nick Shermeta to Bill Frothinger Re: keep me in the loop on your rail opportunity |
| 397 | 6/14 | | 6/14 | March 29, 2012 Northland Securities Trade Confirmation re Purchase of 1,000 shares of DAKP for Bernard Williams at $12 per share |
| 398 | 6/14 | | 6/14 | March 29, 2012 Email from Nick Shermeta to Jessica Moody at Northland Securities re Jon Schwartz |
| 402 | 6/11 | | 6/11 | April 4, 2012 Email from Doug Hoskins to Cory Powers re "Volume" at 9:46 am, with response from Cory Powers at 3:52 pm |

| EX. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBIT |
|---|---|---|---|---|
| 404 | 6/13 | | 6/13 | Text Messages from Ryan Gilbertson to Thomas Howells from August 15, 2008 to March 23, 2015 |
| 404 a | 6/13 | | 6/13 | Readable - Text Messages from Ryan Gilbertson to Thomas Howells from August 15, 2008 to March 23, 2016 |
| 405 | 6/15 | | 6/15 | Northland Securities Order Trail for purchases of DAKP |
| 406 | 6/15 | | 6/15 | April 4, 2012 Northland Securities Trade Confirmation re Purchase of 1,000 shares of DAKP on behalf of Timothy Greeley for $12 per share |
| 407 | 6/15 | | 6/15 | April 4, 2012 Northland Securities Trade Confirmation re Purchase of 1,000 shares of DAKP on behalf of Pokegema, LP (Kim Culp) for $12 per share |
| 408 | 6/18 | | 6/18 | April 2012 Northland Securities Account Statement for Pokegema, LP (Kim Culp) |
| 409 | 6/18 | | 6/18 | November 24, 2009 Subscription Agreement re Pokegema, LP's (Kim Culp) Purchase of 100,000 shares of Dakota Plains Transport, Inc. for $0.55 per share |
| 412 | 6/15 | | 6/15 | April 5, 2012 Email from Nicholas Shermeta to Doug Tarnowski re "recommend that we add another 500 shares of North Dakota rail facility (DAKP)" |
| 413 | 6/13 | | 6/13 | April 5, 2012 Northland Securities Trade Confirmation for Doug Tarnowski's Purchase of 500 shares for $12 per share |
| 414 | 6/11 | | 6/11 | April 5, 2012 Email from Doug Hoskins to Cory Powers re "Sales" |
| 414a | 6/13 | | 6/13 | April 5, 2012 Email chain between Nick Shermeta and Doug Tarnowski re "Okay….hope all is good with you!" |
| 415 | 6/11 | | 6/11 | April 6, 2012 Email from Doug Hoskins to Cory Powers re "Sales" |
| 416 | 6/15 | | 6/15 | April 10, 2012 Northland Securities Trade Confirmation for Nicholas Shermeta's Purchase of 1,000 shares of DAKP for $12 per share |
| 418 | 6/11 | | 6/11 | April 11, 2012 Email from Doug Hoskins to Cory Powers re "Any updates since last week" |
| 419 | 6/11 | | 6/11 | April 18, 2012 Email from Doug Hoskins to Cory Powers re "Sales" |
| 430 | 6/12 | | 6/12 | March 23, 2012 Email from Jim Sankovitz re "URGENT - Warrant Exercises" |
| 431 | 6/12 | | 6/12 | March 23, 2012 Notice of Cashless Warrant Conversion from Ryan Gilbertson to Dakota Plains Holdings, Inc. |

| EX. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBIT |
|---|---|---|---|---|
| 432 | 6/12 | | 6/12 | March 23, 2012 Notice of Cashless Warrant Conversion from Ryan Gilbertson (on behalf of Total Depth Foundation) to Dakota Plains Holdings, Inc. |
| 433 | 6/12 | | 6/12 | March 23, 2012 Notice of Cashless Warrant Conversion from Michael Reger to Dakota Plains Holdings, Inc. |
| 440 | 6/11 | | 6/11 | March 23, 2012 Email from Ryan Gilbertson to Stephanie Horton re "Share donation" |
| 441 | 6/11 | | 6/11 | March 23, 2012 Letter from Ryan Gilbertson to Dakota Plains Holdings, Inc. re "Stock Transfers" |
| 442 | 6/11 | | 6/11 | March 23, 2012 Letter from Ryan Gilbertson to Total Depth Foundation re "Stock Transfers" |
| 443 | 6/11 | | 6/11 | March 23, 2012 Letter from Total Depth Foundation/Weldon Gilbertson to Ryan Gilbertson |
| 444 | 6/11 | | 6/11 | March 23, 2012 Email from Ryan Gilbertson to Stephanie Horton re "Share Transfer" |
| 446 | 6/11 | | 6/11 | March 27, 2012 Letter from Ryan Gilbertson to Dakota Plains Holdings, Inc. re "Stock Transfers" |
| 447 | 6/11 | | 6/11 | March 27, 2012 Letter from Ryan Gilbertson to Total Depth Foundation re "Stock Transfers" |
| 448 | 6/11 | | 6/11 | March 27, 2012 Letter from Total Depth Foundation/Weldon Gilbertson to Ryan Gilbertson |
| 449 | 6/11 | | 6/11 | March 27, 2012 Stock Power Transfer from Ryan Gilbertson to Total Depth Foundation |
| 451 | 6/11 | | 6/11 | March 30, 2012 Email from Ryan Gilbertson to Stephanie Horton re "DAKP donation" |
| 452 | 6/11 | | 6/11 | March 30, 2012 Letter from Ryan Gilbertson to Dakota Plains Holdings, Inc. re "Stock Transfers" |
| 453 | 6/11 | | 6/11 | March 30, 2012 Letter from Ryan Gilbertson to Total Depth Foundation re "Stock Transfers" |
| 454 | 6/11 | | 6/11 | March 30, 2012 Letter from Total Depth Foundation/Weldon Gilbertson to Ryan Gilbertson |
| 455 | 6/11 | | 6/11 | March 30, 2012 Stock Power Transfer from Ryan Gilbertson to Total Depth Foundation |
| 457 | 6/11 | | 6/11 | April 4, 2012 Email from Ryan Gilbertson to Stephanie Horton re "DAKP donation" |
| 458 | 6/11 | | 6/11 | April 4, 2012 Letter from Ryan Gilbertson to Dakota Plains Holdings, Inc. re "Stock Transfers" |
| 459 | 6/11 | | 6/11 | April 4, 2012 Letter from Ryan Gilbertson to Total Depth Foundation re "Stock Transfers" |

| EX. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBIT |
|---------|--------------|--------|----------|------------------------|
| 460 | 6/11 | | 6/11 | April 4, 2012 Letter from Total Depth Foundation/Weldon Gilbertson to Ryan Gilbertson |
| 461 | 6/11 | | 6/11 | April 4, 2012 Stock Power Transfers from Ryan Gilbertson to Total Depth Foundation |
| 463 | 6/11 | | 6/11 | April 10, 2012 Letter from Ryan Gilbertson to Dakota Plains Holdings, Inc. re "Stock Transfers" |
| 464 | 6/11 | | 6/11 | April 10, 2012 Letter from Ryan Gilbertson to Total Depth Foundation re "Stock Transfers" |
| 465 | 6/11 | | 6/11 | April 10, 2012 Stock Power Transfer from Ryan Gilbertson to Total Depth Foundation |
| 467 | 6/11 | | 6/11 | April 12, 2012 Email from Ryan Gilbertson to Stephanie Horton re "Stock Donation" |
| 468 | 6/11 | | 6/11 | April 13, 2012 Letters from Ryan Gilbertson to Dakota Plains Holdings, Inc. re "Stock Transfers" |
| 469 | 6/11 | | 6/11 | April 13, 2012 Letter from Ryan Gilbertson to Total Depth Foundation re "Stock Transfers" |
| 470 | 6/11 | | 6/11 | April 13, 2012 Letter from Total Depth Foundation to Ryan Gilbertson |
| 471 | 6/11 | | 6/11 | April 13, 2012 Stock Power Transfers from Ryan Gilbertson |
| 473 | 6/11 | | 6/11 | April 26, 2012 Letter from Ryan Gilbertson to Dakota Plains Holdings, Inc. re "Stock Transfers" |
| 474 | 6/11 | | 6/11 | April 26, 2012 Letter from Ryan Gilbertson to Total Depth Foundation re "Stock Transfers" |
| 475 | 6/11 | | 6/11 | April 26, 2012 Stock Power Transfer from Ryan Gilbertson to Total Depth Foundation |
| 476 | 6/18 | | 6/18 | Ryan Gilbertson's 2012 Federal Income Tax Return |
| 490 | 6/19 | | 6/19 | March 27, 2012 Email from Nick Dillon to Darren Kray and Tim Brady re "Additional Payment Calc" |
| 491 | 6/19 | | 6/19 | April 17, 2012 Email from Nick Dillon to Tim Brady re "Updated Additional Payment Calc" |
| 492 | 6/12 | | 6/12 | April 17, 2012 Dakota Plains Holdings, Inc. Board of Directors Meeting Minutes |
| 493 | 6/12 | | 6/12 | April 18, 2012 Email chain from Ryan Gilbertson to Gabe Claypool and forwarded within Dakota Plains re "Potential DAKP Debt offering" |
| 494 | 6/12 | | 6/12 | April 24, 2012 Summary of Promissory Notes Additional Payment |
| 496 | 6/12 | | 6/12 | April 26, 2012 Engagement Letter between Dakota Plains Holdings, Inc. and Canaccord Genuity |

| EX. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBIT |
|---|---|---|---|---|
| 501 | 6/11 | | 6/11 | May 1, 2012 Letter, Election Form & Calculation from Dakota Plains Inc. to Ryan Gilbertson re Promissory Note Additional Payment $10,950,600 |
| 502 | 6/11 | | 6/11 | May 1, 2012 Letter, Election Form & Calculation from Dakota Plains Inc. to Total Depth Foundation re Promissory Note Additional Payment $1,642,590 |
| 503 | 6/11 | | 6/11 | May 1, 2012 Letter, Election Form & Calculation from Dakota Plains Inc. to Weldon Holden re Promissory Note Additional Payment $182,510 |
| 507 | 6/14 | | 6/14 | May 2, 2012 Email from Ryan Gilbertson to Stephanie Horton re "Fw: Additional Payment Provision Election" |
| 508 | 6/11 | | 6/11 | Signed Additional Payment Election form for Ryan Gilbertson electing to take bonus in the form of a $10,950,600 Promissory Note |
| 509 | 6/11 | | 6/11 | April 21, 2012, $10,950,600 Promissory Note between Dakota Plains Holdings Inc. and Ryan Gilbertson |
| 510 | 6/11 | | 6/11 | Signed Additional Payment Election form for Total Depth Foundation electing to take bonus in the form of a $1,642,590 Promissory Note |
| 511 | 6/11 | | 6/11 | April 21, 2012, $1,642,590 Promissory Note between Dakota Plains Holdings, Inc. and Total Depth Foundation |
| 512 | 6/11 | | 6/11 | May 2, 2012, Signed Additional Payment Election form for Weldon Gilbertson, custodian for Holden Gilbertson |
| 516 | 6/11 | | 6/11 | May 15, 2012 Signed Additional Payment Election for JSC Trust (Paul Hayes/Jim Cownie) electing to receiving additional payment in the form of 156,275 shares of DAKP stock as well as a $1,200,000 Promissory Note |
| 517 | 6/11 | | 6/11 | April 27, 2012 signed Mark and Ken Evenstad Additional Payment Election form electing to receive additional payment in the form of 912,550 shares of DAKP stock |
| 518 | 6/11 | | 6/11 | Signed Additional Payment Election for Joseph C. Reger custodian for Williston James Reger electing to receive additional payment in the form a $5,475,300 Promissory Note |
| 519 | 6/11 | | 6/11 | May 4, 2012, Signed Additional Payment Election for Jack A. Norqual electing to receive additional payment in the form 114,068 shares and a $456,278 Promissory Note |

| EX. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBIT |
|---|---|---|---|---|
| 520 | 6/11 | | 6/11 | May 4, 2012, Signed Additional Payment Election for 12 West Partners (Jack A. Norqual) electing to receive additional payment in the form 114,068 shares and a $456,278 Promissory Note |
| 521 | 6/11 | | 6/11 | May 1, 2012, Signed Additional Payment Election for 1242 Investments LLC (James Sankovitz) electing to receive additional payment in the form of a $1,825,100 Promissory Note |
| 523 | 6/12 | | 6/12 | May 15, 2012 Dakota Plains Holdings, Inc. Form 10-Q Quarterly Financial Statement for the Quarter ending March 31, 2012 |
| 524 | 6/12 | | 6/12 | May 25, 2012 Dakota Plains Holdings, Inc. Board of Directors Meeting Minutes |
| 531 | 6/14 | | 6/14 | September 30, 2009 Linda S. Hoskins v. Douglas V. Hoskins $28,000 Judgment against Douglas Hoskins (Hennepin County District Court) |
| 532 | 6/14 | | 6/14 | April 21, 2010 Federal Tax Lien for $43,494.05 against Douglas Hoskins |
| 536 | 6/11 | | 6/11 | April 23, 2012 Email from Doug Hoskins to Cory Powers re "Wire Transfer $20,000" |
| 537 | 6/11 | | 6/11 | April 26, 2012 Email from Doug Hoskins to Cory Powers re "Offer at 12" |
| 538 | 6/11 | | 6/11 | April 26, 2012 Email from Doug Hoskins to Cory Powers re "Offer at 12" (continued chain) |
| 539 | 6/14 | | 6/14 | April 27, 2012 wire of $45,000 from a Wilson Davis and Company bank account at Keybank in Utah to a Douglas V. Hoskins Topline bank account in Minnesota |
| 540 | 6/14 | | 6/14 | April 27, 2012 Debit Memo of outgoing wire of $45,000 from Wilson-Davis & Company bank account at Keybank in Utah to a Douglas V. Hoskins bank account in Minnesota |
| 541 | 6/11 | | 6/11 | April 30, 2012 Email from Doug Hoskins to Cory Powers re wire transfer, "Are my funds being transferred today?" |
| 542 | 6/14 | | 6/14 | April 30, 2012 Wire Transfer Authorization to transfer funds from Doug Hoskins Land and Farm account to Bostwick Polo LLC |
| 543 | 6/14 | | 6/14 | Hoskins' Topline Credit Union bank account ledger titled "Dakota Plains / Hoskins Land and Farm" |
| 544 | 6/14 | | 6/14 | Topline Federal Credit Union, Douglas V. Hoskins, April 27, 2012 to April 30, 2012 Account Statement |

| EX. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBIT |
|---|---|---|---|---|
| 545 | 6/14 | | 6/14 | Topline Federal Credit Union, Hoskins Land And Farm Inc., April 1, 2012 to April 30, 2012 Account Statement |
| 550 | 6/11 | | 6/11 | May 3, 2012 Email from Doug Hoskins to Cory Powers re Shares "Sell 1000 shares at $9.50 today and keep the offer at $11 please." |
| 551 | 6/11 | | 6/11 | May 3, 2012 Email from Doug Hoskins to Cory Powers re Shares "Ok take the 500 then please" |
| 552 | 6/11 | | 6/11 | May 17, 2012 Email from Doug Hoskins to Cory Powers re Shares "Please be offering stock at 10 please" |
| 553 | 6/11 | | 6/11 | May 24, 2012 Email from Doug Hoskins to Cory Powers re "Shares" |
| 556 | 6/11 | | 6/11 | June 8, 2012 Email from Doug Hoskins to Cory Powers re "Shares" |
| 557 | 6/11 | | 6/11 | June 9, 2012 Email from Doug Hoskins to Cory Powers re Shares "Please offer shares at 9 of there any bids please" |
| 558 | 6/11 | | 6/11 | June 13, 2012 Email from Doug Hoskins to Cory Powers re Shares "Please wire the funds to my checking account please" |
| 559 | 6/11 | | 6/11 | June 13, 2012 Debit Memo of outgoing wire of $28,674 from Wilson-Davis & Company bank account at Keybank in Utah to a Douglas V. Hoskins bank account in Minnesota |
| 561 | 6/11 | | 6/11 | June 28, 2012 Doug Hoskins 2012 Wildcat Polo Agreement signed by Doug Hoskins and Ryan Gilbertson |
| 562 | 6/11 | | 6/11 | June 28, 2012 Letter from Doug Hoskins to Interwest re Stock Transfer, Transfer of 25,000 Shares of Dakota Plains Holdings, Inc. to Ryan R. Gilbertson |
| 563 | 6/11 | | 6/11 | July 11, 2012 Interwest Transfer for 25,000 Shares of Dakota Plains Holdings, Inc. Stock from Doug Hoskins to Ryan Gilbertson attaching Stock certificates |
| 565 | 6/11 | | 6/11 | July 11, 2012 Email from Doug Hoskins to Cory Powers re Shares "Did not think so just confirming thanks" |
| 566 | 6/11 | | 6/11 | July 18, 2012 Email from Doug Hoskins to Cory Powers re Doug Hoskins "...sale at $9. And to sell a total of 3000" |
| 570 | 6/11 | | 6/11 | December 26, 2012 Email from Doug Hoskins to Cory Powers re "What is my account balance?" |
| 571 | 6/11 | | 6/11 | December 28, 2012 Email from Doug Hoskins to Cory Powers re Sell shares, "Please sell 1500 at $3.26" |

| EX. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBIT |
|---|---|---|---|---|
| 572 | 6/11 | | 6/11 | December 28, 2012 Email from Doug Hoskins to Cory Powers re Sell shares 137348, "Than transfer to me personal checking account at topline federal credit" |
| 573 | 6/11 | | 6/11 | December 28, 2012 Email from Doug Hoskins to Cory Powers re Sell shares, "You can go to 3.25" |
| 574 | 6/11 | | 6/11 | December 28, 2012 Email from Doug Hoskins to Cory Powers re Sell Shares "You the man please wire to my accounts" |
| 577 | 6/11 | | 6/11 | January 15, 2013 Email from Doug Hoskins to Cory Powers re "137348 shares remaining" (8:06:46) |
| 578 | 6/11 | | 6/11 | January 15, 2013 Email from Doug Hoskins to Cory Powers re "137348 shares remaining" (9:14:43) |
| 579 | 6/11 | | 6/11 | January 15, 2013 Email from Doug Hoskins to Ryan Gilbertson re 137348 shares remaining, "I am not sure how to fill this form out" |
| 580 | 6/11 | | 6/11 | January 22, 2013 Email from Doug Hoskins to Cory Powers re 137348, "Please sell 2000 shares at 3.7" |
| 581 | 6/11 | | 6/11 | January 23, 2013 Email from Doug Hoskins to Cory Powers re 137348, "thanks" |
| 582 | 6/11 | | 6/11 | January 24, 2013 Email from Doug Hoskins to Cory Powers re 137348, "let's try 3000 shares at 3.67 net price" |
| 583 | 6/11 | | 6/11 | January 27, 2013 Email from Doug Hoskins to Cory Powers re 137348, "If you would please wire $5,000 into my checking account." |
| 584 | 6/11 | | 6/11 | January 29, 2013 Email from Doug Hoskins to Cory Powers re 137348, "please sell 3000 shares at $4.16" |
| 585 | 6/11 | | 6/11 | January 29, 2013 Debit Memo of outgoing wire of $10,769 from Wilson-Davis & Company bank account at Keybank in Utah to a Douglas V. Hoskins bank account in Minnesota |
| 587 | 6/11 | | 6/11 | February 1, 2013 Debit Memo of outgoing wire of $12,191 from Wilson-Davis & Company bank account at Keybank in Utah to a Douglas V. Hoskins bank account in Minnesota |
| 588 | 6/11 | | 6/11 | February 21, 2013 Email from Doug Hoskins to Ryan Gilbertson re DAKP 137348, "I need some help with this" |
| 591 | 6/11 | | 6/11 | March 6, 2013 Email from Doug Hoskins to Cory Powers re 137348, "Make it $3.75 Please" |
| 592 | 6/11 | | 6/11 | March 6, 2013 Email from Doug Hoskins to Cory Powers re shares, "Thanks Cory" |

| EX. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBIT |
|---|---|---|---|---|
| 593 | 6/11 | | 6/11 | March 6, 2013 Email from Doug Hoskins to Cory Powers re 137348, "Try another 5000 shares at $3.80 please." |
| 594 | 6/11 | | 6/11 | March 25, 2013 Email from Doug Hoskins to Cory Powers re 137348, "sell another 5000 at $3.77 please" |
| 595 | 6/11 | | 6/11 | March 25, 2013 Email from Doug Hoskins to Cory Powers re 137348, "Please sell the remaining 1191 shares at $3.80 please" |
| 596 | 6/11 | | 6/11 | March 26, 2013 Email from Cory Powers to Doug Hoskins re 137348 attaching, "Douglas Vaughn Hoskins account history" |
| 598 | 6/11 | | 6/11 | April 15, 2013 Email from Doug Hoskins to Cory Powers re 137348, "Please wire $33,000 to Wells Fargo Bank" |
| 599 | 6/11 | | 6/11 | April 15, 2013 Email from Doug Hoskins to Cory Powers re 137348, "And just leave the remaining balance in there." |
| 600 | 6/11 | | 6/11 | April 15, 2013 Email from Cory Powers to Doug Hoskins re 137348, "And just leave the remaining balance in there." |
| 601 | 6/11 | | 6/11 | April 18, 2013 Email from Doug Hoskins to Cory Powers re "Please wire $33,000 to my account" |
| 602 | 6/11 | | 6/11 | April 13, 2013 Debit Memo of outgoing wire of $33,000 from Wilson-Davis & Company bank account at Keybank in Utah to a Douglas V. Hoskins bank account in Minnesota |
| 603 | 6/11 | | 6/11 | April 22, 2013 Email from Doug Hoskins to Cory Powers re Doug Hoskins wire |
| 604 | 6/11 | | 6/11 | April 23, 2013 Debit Memo of outgoing wire of $5,000 from Wilson-Davis & Company bank account at Keybank in Utah to a Douglas V. Hoskins bank account in Minnesota |
| 607 | 6/11 | | 6/11 | May 6, 2013 Email from Doug Hoskins to Cory Powers re 137348, "Will you please wire $2,000 to my account?" |
| 608 | 6/11 | | 6/11 | May 6, 2013 Email from Doug Hoskins to Cory Powers re 137348, "Ah shit some else just came up can you make it $5000" |
| 610 | 6/11 | | 6/11 | May 19, 2013 Email from Doug Hoskins to Cory Powers re 137348, "What is my balance" |
| 611 | 6/11 | | 6/11 | May 19, 2013 Email from Doug Hoskins to Cory Powers re 137348, "Please wire 6500" |

| EX. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBIT |
|---|---|---|---|---|
| 612 | 6/11 | | 6/11 | May 20, 2013 Debit Memo of outgoing wire of $6,500 from Wilson-Davis & Company bank account at Keybank in Utah to a Douglas V. Hoskins bank account in Minnesota |
| 615 | 6/11 | | 6/11 | June 7, 2013 Email from Doug Hoskins to Cory Powers re 137348, "Please send me a current account ledger" |
| 616 | 6/11 | | 6/11 | June 17, 2013 Email from Doug Hoskins to Cory Powers re "Please transfer remaing funds" |
| 618 | 6/11 | | 6/11 | September 9, 2013 Email from Doug Hoskins to Cory Powers re 137348 "Please send my entire accounting for this account" |
| 619 | 6/11 | | 6/11 | September 9, 2013 Email from Doug Hoskins to Cory Powers re 137348 "Im sorry to keep bothering you do you have anything that shows the purchase info?" |
| 620 | 6/18 | | 6/18 | Summary chart of Ryan Gilbertson wire of $30,000 to Doug V. Hoskins' Hoskins Land and Farm Inc. bank account to Leonard Burningham IOLTA bank account to purchase MCT Shares |
| 621 | 6/18 | | 6/18 | Summary chart Doug V. Hoskins wires received from Wilson Davis & Co. and subsequent spending |
| 622 | 6/18 | | 6/18 | Summary chart Doug V. Hoskins Dakota Plains stock liquidated from Wilson Davis & Co account |
| 626 | 6/14 | | 6/14 | Excerpts of Doug Hoskins' Sworn Testimony before the Securities and Exchange Commission on July 29, 2015 |
| 629 | 6/14 | | 6/14 | Big Horn Polo Club Photo |
| 630 | 6/14 | | 6/14 | Sarasota Polo Club Photos |
| 651 | 6/13 | | 6/13 | May 16, 2012 Email from Thomas Howells to Ryan Gilbertson re Derivative (2:40:05 p.m.) |
| 653 | 6/13 | | 6/13 | July 26, 2012 Email from Thomas Howells to Ryan Gilbertson re "checking in" |
| 654 | 6/12 | | 6/12 | August 21, 2012 Email from Paul Hayes to Gabe Claypool re "Dakota Plains Debt" |
| 655 | 6/12 | | 6/12 | September 6, 2012 Email from Paul Hayes to Gabe Claypool re "Dakota Plains debt" |
| 656 | 6/12 | | 6/12 | September 26, 2012 Email from Michael Reger to Ryan Gilbertson, Tim Brady, and Gabe Claypool re "Promissory Note" |

| EX. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBIT |
|---|---|---|---|---|
| 663 | 6/18 | | 6/18 | October 17, 2012 Email from Gabe Claypool to Dakota Plains Holdings, Inc. Board of Directors re "Revised Indemnification Provision/Next Steps on Restructuring" |
| 666 | 6/12 | | 6/12 | October 26, 2012 Email from Ryan Gilbertson to Gabe Claypool et al., re "Colin Smith v. Dakota Plains Holdings, Inc. et al." |
| 667 | 6/12 | Redacted | 6/12 | October 26, 2012 Letter from Maslon, William Z. Pentelovich to Morgan Burns at Faegre Baker Daniels, re "Colin Smith v. Dakota Plains Holdings, Inc." |
| 680 | 6/12 | | 6/12 | November 2, 2012 Dakota Plains Holdings Inc. Board of Directors Written Action re "Debt Offering" |
| 681 | 6/12 | | 6/12 | November 2, 2012 Chart re Consolidated Note Conversion |
| 686 | 6/13 | | 6/13 | November 6, 2012 Dakota Plains Holdings, Inc. Press Release re "Debt Restructure and Reduction in Connection with Successful Debt Placement" |
| 690 | 6/12 | | 6/12 | Ryan R. Gilbertson Exchange and Loan Agreement (dated November 2, 2012) |
| 691 | 6/12 | | 6/12 | Weldon W. Gilberton as Custodian for Holden Gilbertson Exchange and Loan Agreement (dated November 2, 2012) |
| 692 | 6/12 | | 6/12 | Ryan Gilbertson $6,447,350 Promissory Note (dated November 2, 2012) |
| 693 | 6/12 | | 6/12 | Ryan Gilbertson $1,552,650 Promissory Note (dated November 2, 2012) |
| 695 | 6/12 | | 6/12 | Ryan Gilbertson Warrant to Purchase 60,000 Shares of Dakota Plains Holdings, Inc. Stock for $4.00 per share |
| 696 | 6/12 | | 6/12 | Total Depth Foundation $950,000 Promissory Note (dated November 2, 2012) signed by Ryan Gilbertson |
| 697 | 6/12 | | 6/12 | Total Depth Foundation $950,000 Promissory Note (dated November 2, 2012) |
| 698 | 6/12 | | 6/12 | November 7, 2012 Weldon Gilbertson, as custodian for Holden Gilbertson re Dakota Plains Holdings, Inc. Promissory Notes |
| 699 | 6/12 | | 6/12 | November 7, 2012 Dakota Plains Holdings Inc. to Total Depth Foundation, re Dakota Plains Holdings, Inc. Promissory Notes |
| 702 | 6/18 | | 6/18 | December 26, 2012 Deposit of $162,936 Interest Check from Dakota Plains Holdings, Inc. to Ryan Gilbertson's account at Wells Fargo Bank |

| EX. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBIT |
|---|---|---|---|---|
| 711 | 6/14 | | 6/14 | March 28, 2013 Deposit of $189,369 Interest Check from Dakota Plains into Ryan Gilbertson's account at Wells Fargo Bank |
| 715 | 6/18 | | 6/18 | July 8, 2013 Deposit of $191,473 Interest Payment from Dakota Plains Holdings, Inc. into Ryan Gilbertson's account at Wells Fargo Bank |
| 720 | 6/14 | | 6/14 | October 3, 2013 Deposit of $193,578 Interest Payment from Dakota Plains Holdings, Inc. to Ryan Gilbertson's account at Wells Fargo Bank |
| 721 | 6/14 | | 6/14 | Wells Fargo interstate wire transmission of $189,369 (3/28/2013) and $193,578 (10/3/2013) |
| 727 | 6/13 | | 6/13 | December 11, 2013 Dakota Plains Holdings, Inc. Press Release re "Debt Restructuring" |
| 729 | 6/18 | | 6/18 | December 23, 2013 Letter from Dakota Plains Holdings, Inc. to Ryan Gilbertson re "Debt Restructuring and Qualified Equity Placement" |
| 730 | 6/18 | | 6/18 | December 23, 2013 Letter from Dakota Plains Holdings, Inc. to Ryan Gilbertson 2012 Family Trust re "Debt Restructuring and Qualified Equity Placement" |
| 731 | 6/18 | | 6/18 | December 23, 2013 Letter from Dakota Plains Holdings, Inc. to Total Depth Foundation re "Debt Restructuring and Qualified Equity Placement" |
| 735 | 6/18 | | 6/18 | December 27, 2013 Email from Nick Dillon to Ryan Gilbertson re "Note conversion and payoff" with attachments |
| 738 | 6/18 | | 6/18 | $1,165,037 Morgan Stanley Statement of Dakota Plains Holdings, Inc. detailing outgoing wire transfer from Dakota Plains Holdings, Inc. to Ryan Gilbertson (December 30, 2013) |
| 739 | 6/18 | | 6/18 | $1,165,037 Morgan Stanley Statement of Ryan Randall Gilbertson detailing wire transfer from Dakota Plains Holdings, Inc. to Ryan Gilbertson (December 30, 2013) |
| 740 | 6/18 | | 6/18 | Summary Charts "Consolidated Gilbertson Related Dakota Plains Money Activity" |
| 741 | 6/18 | | 6/18 | April 18, 2014, Email chain between Joshua Colburn and Nick Dillon re: Promissory Note Transfer |
| 742 | 6/18 | | 6/18 | December 4, 2014 Email frm Nick Dillon to Tim Brady re DAKP - Promissory Note Interest Calca (12.4.2014) |

| EX. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBIT |
|---------|--------------|--------|----------|------------------------|
| 750 | 6/13 | | 6/13 | December 5, 2012 Email from Thomas Howells to Ryan Gilbertson re: draft agreement (with attachments) |
| 755 | 6/13 | | 6/13 | December 19, 2012 Email chain between Thomas Howells and Ryan Gilbertson re draft agreements Conception Consulting Agreement |
| 784 | 6/18 | | 6/18 | Summary schedule of Dakota Plains Holding Inc. formerly Dakota Plains Transport Inc., Morgan Stanley, business active assets account ending in 0741 (5/1/2009 to 12/31/2014) signers of Michael Reger and James R. Sankovitz |
| 785 | 6/18 | | 6/18 | Summary schedule of Dakota Plains Holding Inc., Wells Fargo checking account ending in 5118 (7/31/2013 to 12/31/2014) account signers Timothy Brady, Nick Dillon and Craig McKenzie, business records declaration, statements, signature card, checks, wires and deposits (opened 6/14/2013) |
| 787 | 6/11 | | 6/11 | Ryan R. Gilbertson, Wells Fargo Bank checking account ending in 2015, bank statements, transaction data, checks, deposits, wires (2/1/2010 to 7/31/2015) |
| 788 | 6/11 | | 6/11 | Ryan R. Gilbertson, Wells Fargo Bank saving account ending in 9595, account application, bank statements, deposits and withdrawls (2/1/2010 to 4/20/2015) |
| 789 | 6/11 | | 6/11 | Ryan R. Gilbertson, Morgan Stanley, active assets account ending in 0830 account opening statements, statements, deposits (1/1/2012 to 1/31/2016) |
| 790 | 6/11 | | 6/11 | Ryan R. Gilbertson, Morgan Stanley, active assets account ending in 6832 also ending in 0674, account opening statements, statements, deposits (1/1/2012 to 1/31/2016) |
| 791 | 6/11 | | 6/11 | Total Depth Foundation, Ryan R. Gilbertson, Morgan Stanley, reserved client financial management account ending in 4736, statements and authorizations (1/1/2011 to 9/30/2011) |
| 792 | 6/11 | | 6/11 | Total Depth Foundation, R.R. Gilbertson, M.L. Reger, K.E. Tasto and J.R. Reger Morgan Stanley, active assets account ending in 2331 (aka 0820) account application, bank statements, deposits, checks (7/1/2011 to 1/31/2016) |

| EX. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBIT |
|---|---|---|---|---|
| 793 | 6/11 | | 6/11 | Ryan R. Gilbertson and Jessica Brancale, Wells Fargo Bank checking account ending in 6003, account opening, statements deposits and withdrawls  (1/22/2010 to 1/20/2017) |
| 794 | 6/11 | | 6/11 | Jessica Gilbertson, Wells Fargo Bank checking account ending in 1160 statements, checks, deposits and wires (10/3/2011 to 12/31/2012) |
| 795 | 6/11 | | 6/11 | Capital Holdings 130315 LLC, Ryan R. Gilbertson and Brittany L. Reger, Wells Fargo Bank checking account ending in 8772, account applications, statements, checks deposits (2/9/2010 to 2/8/2017) |
| 796 | 6/11 | | 6/11 | Wildcat Ranch LLC, Ryan R. Gilbertson, Jeffrey M. Wucherer, Becky S. Roe, Wells Fargo, Basic Business Checking account ending in 1440 account application, statements, checks, deposits and transaction data files (2/1/2010 to 1/31/2017) |
| 797 | 6/11 | | 6/11 | Wildcat Polo LLC, Ryan R. Gilbertson, Wells Fargo Bank checking account ending in 3730, account application, statements, checks and deposits (7/7/2011 to 11/30/2013) |
| 798 | 6/11 | | 6/11 | Wildcat Polo LLC, Wells Fargo Bank, Gold Business Service Package account ending in 7293 account application, statements, checks and deposits (7/3/2012 to 1/31/2017) |
| 799 | 6/11 | | 6/11 | Weldon Gilbertson TTEE, Jacob Schaffer TTEE U/A DTD 12/21/2012 by Ryan Gilbertson Merrell Lynch Wealth Management Account ending in 1447, account opening documents, statements, deposits, trading confirmations (9/29/2012 to 12/31/2014) |
| 800 | 6/11 | | 6/11 | Ryan Gilbertson Northland Securities investment account ending in 3096 statements (1/4/2012 to 11/30/2016) |
| 801 | 6/11 | | 6/11 | Ryan Gilbertson Clear Harbor investment account ending in 0518 account opening, statements and check copy (8/11/2011 to 4/30/2017) |
| 802 | 6/11 | | 6/11 | Ryan Gilbertson Canaccord Genuity investment account ending in 7107 statements (1/1/2011 to 7/31/2016) |
| 803 | 6/11 | | 6/11 | Ryan Gilbertson Options Xpress investment account ending in 9888 statements (1/1/2012 to 8/31/2016) |

| EX. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBIT |
|---------|--------------|--------|----------|------------------------|
| 804 | 6/11 | | 6/11 | Total Depth Canaccord Genuity investment account ending in 5183 statements (12/4/2012 to 12/31/2014) |
| 805 | 6/11 | | 6/11 | Jessica C. Gilbertson, Agency Trading Group, investment account ending in 0179 statements (9/1/2012 to 6/30/2016) |
| 806 | 6/11 | | 6/11 | Weldon W. Gilbertson, custodian for Holden R. Gilbertson Agency Trading Group, investment account ending in 0185 statements (9/1/2012 to 7/31/2016) |
| 807 | 6/11 | | 6/11 | Weldon W. Gilbertson, Agency Trading Group, investment account ending in 0184 statements and wire confirmations (9/1/2012 to 1/31/2015) |
| 808 | 6/11 | | 6/11 | Kellie Tasto custodian for Holden Gilbertson, Agency Trading Group, investment account ending in 0200 statements, trade confirmations, trading authorizations, wire transfer (4/1/2013 to 7/31/2016) |
| 809 | 6/11 | | 6/11 | Douglas V. Hoskins, Topline Federal Credit Union, Credit Union Account ending in 3750-S1, bank statements (4/27/2012 to 9/30/2014) |
| 810 | 6/11 | | 6/11 | Douglas V. Hoskins, Topline Federal Credit Union, Credit Union Account ending in 3750-S17, bank statements, (4/27/2012 to 9/30/2014) |
| 811 | 6/11 | | 6/11 | Hoskins Land and Farm Inc., Douglas V. Hoskins, Topline Federal Credit Union account ending in 0844, bank statements, deposits and checks  (9/1/2011 to 12/31/2013) |
| 812 | 6/11 | | 6/11 | Dakota Plains Holding Inc. (Escrow Account), Signature Bank, checking account ending in 1147 Signature card, articles of incorporation, escrow agreement, deposits and statements (9/24/2012 to 11/30/2012) |
| 813 | 6/11 | | 6/11 | Dakota Plains Holding Inc. formerly Dakota Plains Transport Inc., Morgan Stanley, business active assets account ending in 0741 (aka x2543), bank statements (5/1/2009 to 12/31/2014) signers of Michael Reger and James R. Sankovitz |
| 814 | 6/11 | | 6/11 | Dakota Plains Holding Inc., Wells Fargo checking account ending in 5118 (7/31/2013 to 12/31/2014) account signers Timothy Brady, Nick Dillon and Craig McKenzie, business records declaration, statements, signature card, checks, wires and deposits  (opened 6/14/2013) |

| EX. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBIT |
|---------|--------------|--------|----------|------------------------|
| 815 | 6/11 | | 6/11 | Leonard W. Burningham, Attorney at Law, IOLTA Checking account ending in 0215 statements, signature card, and deposits (7/1/2011 to 12/31/2012) |
| 820 | 6/19 | | 6/19 | 2012 Dakota Plains Holdings Inc. - 10-K cover and page reflecting EBITA |
| 821 | 6/19 | | 6/19 | 2013 Dakota Plains Holdings Inc. - 10-K cover and page reflecting EBITA |
| 822 | 6/19 | | 6/19 | 2014 Dakota Plains Holdings Inc. - 10-K cover and page reflecting EBITA |
| 823 | 6/19 | | 6/19 | 2015 Dakota Plains Holdings Inc. - 10-K cover and page reflecting EBITA |
| 824 | 6/19 | | 6/19 | Dakota Plains Valutation Chart - EBITA Chart with Stock Price Calculation |
| 825 | 6/19 | | 6/19 | June 8, 2012, Email chain between Tom Younghans and Nick Shermeta |
| 829 | 6/21 | | 6/21 | Ryan Gilbertson Minnesota Residence |
| | | | | ***The government reserves the right to introduce additional exhibits as the evidence develops at trial and in rebuttal.*** |