# United States District Court
STATE AND DISTRICT OF MINNESOTA

UNITED STATES OF AMERICA

v.

RYAN RANDALL GILBERTSON and
DOUGLAS VAUGHN HOSKINS

DEFENDANT GILBERTSON'S EXHIBIT LIST

Criminal No. 17-CR-66(1) (PJS/HB)

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| The Honorable Patrick J. Schiltz | Joseph Thompson<br>Kimberly Svendsen<br>Melinda Williams | William Mauzy<br>Kaitlin Ek<br>John Sullivan |
| TRIAL DATE(S)<br>June 11, 2018 | COURT REPORTER<br>Debra Beauvais | COURTROOM DEPUTY<br>Caryn Glover |

| PLF NO | DEF NO | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS |
|---|---|---|---|---|---|
| | 1 | | | | Dakota Plains, Inc. Stock Ledger (2011) |
| | 2 | | | | November 9, 2009 Dakota Petroleum Transport Solutions, LLC Member Control Agreement |
| | 3 | | | | November 9, 2009 Dakota Petroleum Transport Solutions, LLC Transloading Facility Lease |
| | 4 | | | | November 9, 2009 Dakota Petroleum Transport Solutions, LLC Railcar Sublease |
| | 5 | | | | October 1, 2010 World Fuel Services Press Release |
| | 6 | | | | Photographs of New Town Transloading Facility |
| | 7 | | | | |
| | 8 | | | | |
| | 9 | | | | |
| | 10 | | | | |
| | 11 | | | | |
| | 12 | | | 6/20/18 | January 13, 2011 Non-Binding Preliminary Proposal related to Dakota Plains Transport Solutions, LLC |
| | 13 | | | 6/20/18 | Dakota Plains Marketing, LLC Member Control Agreement (April 29, 2011) |

| PLF NO | DEF NO | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS |
|---|---|---|---|---|---|
|  | 14 |  |  |  | May 19, 2011 Email from Carlos Cuervo re: DPTS Marketing LLC / update on activity |
|  | 15 |  |  | 6/18/18 | April 10, 2011 Email from Morgan Burns re: DPT Debt Offering |
|  | 16 |  |  |  |  |
|  | 17 |  |  |  |  |
|  | 18 |  |  |  |  |
|  | 19 |  |  |  |  |
|  | 20 |  |  |  | April 5, 2011 Email From Michael Reger re: Dave Fellon |
|  | 21 |  |  |  | September 2, 2011 Email from Gabe Claypool re: Tim Brady |
|  | 22 |  |  |  | September 26, 2011 Email from Gabe Claypool re: Dakota Plains New CFO - Tim Brady |
|  | 23 |  |  |  | September 26, 2011 Official Action Appointing Board Members |
|  | 24 |  |  |  | Board Member Biographies |
|  | 25 |  |  |  | Photographs of Visits to New Town Transloading Facility |
|  | 26 |  |  |  |  |
|  | 27 |  |  |  |  |
|  | 28 |  |  |  |  |
|  | 29 |  |  |  |  |
|  | 30 |  |  |  |  |
|  | 31 |  |  |  |  |
|  | 32 |  |  |  | March 2, 2011 Email from James Sankovitz re: DPT |
|  | 33 |  |  | 6/20/18 | April 8, 2011 Executed Canaccord Genuity Inc. Engagement Letter |
|  | 34 |  |  |  | April 19, 2011 Email from Gabe Claypool re: Dakota Plains Transport Kick-Off Meeting |
|  | 35 |  |  |  | May 2, 2011 Email from Brice Tarzwell re: Dakota Plains IPO Kick Off Meeting |
|  | 36 |  |  |  | May 19, 2011 Email from Joshua Colburn re: Document List |
|  | 37 |  |  |  | June 10, 2011 Email from Chris Gibson re: Dakota Plains (with attachment) |

| PLF NO | DEF NO | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS |
|---|---|---|---|---|---|
| | 38 | | | | June 29, 2011 Email from Nick Dillon re: Due Diligence List |
| | 39 | | | | September 2, 2011 Email from Nick Dillon re: Dakota Plains & DPTS Audit Completion |
| | 40 | | | | September 22, 2011 Email from Nick Dillon re: Dakota Plains // Canaccord Update |
| | 41 | | | | September 23, 2011 Email from Joshua Colburn re: Dakota Plains Form S-1 Reference Draft |
| | 42 | | | | |
| | 43 | | | | |
| | 44 | | | | |
| | 45 | | | | |
| | 46 | | | | |
| | 47 | | | | |
| | 48 | | | 6/20/18 | September 22, 2011 Email from Nick Dillon re: Dakota Plains Cash Flow |
| | 49 | | | | October 23, 2011 Email from Ryan Gilbertson re: DP Note Consolidation and Extension (with attachment) |
| | 50 | | | | October 23, 2011 Email from Gabe Claypool re: DP Note Consolidation and Extension |
| | 51 | | | | October 29, 2011 Email from Joshua Colburn re: Draft Term Sheet and Form of Note |
| | 52 | | | | October 30, 2011 Email from Gabe Claypool re: Dakota Plains - Board Meeting |
| | 53 | | | | October 31, 2011 Dakota Plains, Inc. Board of Directors Meeting Minutes |
| | 54 | | | 6/20/18 | October 31, 2011 Email from Tim Brady re: Consolidation and Extension of Senior and Junior Notes |
| | 55 | | | 6/20/18 | October 22, 2011 Email from Ryan Gilbertson re: Data Needed |
| | 56 | | | | |
| | 57 | | | | |
| | 58 | | | | |
| | 59 | | | | |

| PLF NO | DEF NO | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS |
|---|---|---|---|---|---|
| | 60 | | | | |
| | 61 | | | | |
| | 62 | | | | |
| | 63 | | | | October 7, 2011 Email from Gabe Claypool re: CANACCORD Guidance |
| | 64 | | | | October 10, 2011 Email from Gabe Claypool re: Follow-up to our call (with attachments) |
| | 65 | | | | October 10, 2011 Email from Gabe Claypool re: Dakota Plains S-1 Direction |
| | 66 | | | | October 27, 2011 Email from Gabe Claypool re: Reverse-Merger Timeline |
| | 67 | | | | November 7, 2011 - Email from Leonard Burningham re: MCT Holdings |
| | 68 | | | | November 11, 2011 Email from Claypool re: Dakota Plains - Reverse Merger |
| | 69 | | | 6/13/18 | November 28, 2011 Email from Claypool re: Dakota Plains - State of the Union |
| | 70 | | | | December 2, 2011 Letter from Tim Brady to Jouky Chang |
| | 71 | | | | December 9, 2011 Email from Josh Colburn re: Brief Status Update |
| | 72 | | | | December 13, 2011 Email from Gabe Claypool re: Dakota Plains Reverse Merger Overview |
| | 73 | | | | December 14, 2011 Email from Joshua Colburn re: Revised APM |
| | 74 | | | | December 14, 2011 Board Meeting Agenda for December 22, 2011 Board Meeting |
| | 75 | | | | December 14, 2011 Email from Gabe Claypool re: Dakota Plains - MCT Holding Corporation Agreement & Plan of Merger |
| | 76 | | | | December 16, 2011 Email from Gabe Claypool re: Dakota Plains Board Review |
| | 77 | | | | December 16, 2011 Email from Joshua Colburn re: RE: Shareholder Mailing |
| | 78 | | | | December 16, 2011 Email from Tim Brady re: Dakota Plains Official Shareholder Communication - RESPONSE REQUIRED |
| | 79 | | | | December 16, 2011 Dakota Plains, Inc. Board of Directors Meeting Minutes |

| PLF NO | DEF NO | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS |
|---|---|---|---|---|---|
| | 80 | | | | December 18, 2011 Email from Gabe Claypool re: Super 8K Draft |
| | 81 | | | | December 19, 2011 Email from James Sankovitz re: URGENT - Super 8K Draft |
| | 82 | | | | December 20, 2011 Email from Joshua Colburn re: URGENT - Super 8K Draft |
| | 83 | | | | December 22, 2011 Dakota Plains, Inc. Board of Directors Meeting Minutes |
| | 84 | | | | December 23, 2011 Email from Tim Brady re: 8K Draft |
| | 85 | | | | December 26, 2011 Email from Nick Dillon re: Latest 8K Draft |
| | 86 | | | | December 29, 2011 Email from Gabe Claypool re: Dakota Plains, Inc. - Cancellation of December 30, 2011 Shareholder Meeting |
| | 87 | | | | January 5, 2012 Letter from Tim Brady to Jouky Chang |
| | 88 | | | | January 26, 2012 Letter from Tim Brady to Jouky Chang |
| | 89 | | | | February 7, 2012 Letter from Tim Brady to Jouky Chang |
| | 90 | | | | February 29, 2012 Email from Tim Brady re: 8K Draft |
| | 91 | | | | February 29, 2012 Email from Leonard Burningham re: 8K Draft |
| | 92 | | | | March 1, 2012 Letter from Tim Brady to Jouky Chang |
| | 93 | | | | March 6, 2012 Email from Ryan Gilbertson re: 8-K Edits |
| | 94 | | | | March 6, 2012 Email from Charles Higgins re: Proposal for Derivative Valuation |
| | 95 | | | | March 7, 2012 Dakota Plains, Inc. Board of Directors Meeting Minutes |
| | 96 | | | | March 7, 2012 Email from James Sankovitz re: 8-K |
| | 97 | | | | March 14, 2012 Email from Nick Dillon re: Updated Financial Statements |
| | 98 | | | | March 14, 2012 Email from Nick Dillon re: Updated Notes to the Financial Statements |
| | 99 | | | | March 15, 2012 Email from Ron Crowell re: Dakota Plains Inc. 8K Draft Timeline |
| | 100 | | | | March 16, 2012 Email from Darren Kray re: 8K |

| PLF NO | DEF NO | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS |
|---|---|---|---|---|---|
| | 101 | | | | March 18, 2012 Email from Gabe Claypool re: 8-K--Dakota Plains |
| | 102 | | | | March 19, 2012 Dakota Plains, Inc. Board of Directors Meeting Minutes |
| | 103 | | | | March 22, 2012 Email from Gabe Claypool re: Dakota Plains Holdings, Inc. |
| | 104 | | | | |
| | 105 | | | | |
| | 106 | | | | |
| | 107 | | | | |
| | 108 | | | | |
| | 109 | | | | |
| | 110 | | | | |
| | 111 | | | | |
| | 112 | | | | |
| | 113 | | | 6/20/18 | Ryan Gilbertson 2013 Tax Return |
| | 114 | | | | December 27, 2011 Email from Tom Howells re: DP |
| | 115 | | | | Wilson-Davis & Co. Account Statements for Douglas Hoskins (March 2012) |
| | 116 | | | | Stock Transfer Office Copy reflecting transfer of 11,000 shares from Sheryl Taylor to Douglas Hoskins (March 29, 2012) |
| | 117 | | | | Letter of Authorization ("LOA") signed by Sheryl Taylor (March 23, 2012) |
| | 118 | | | | Wilson-Davis & Co. Account Statements for Douglas Hoskins (April-June 2012) |
| | 119 | | | | Stock Transfer Office Copy reflecting transfer of 3,000 shares from Jamie Norris to Douglas Hoskins (April 13, 2012) |
| | 120 | | | | Letter of Authorization ("LOA") signed by Jamie Norris (March 29, 2012) |
| | 121 | | | | March 28, 2012 Letter from Burningham Re: Transfer of Shares of common stock of Dakota Plains Holdings, Inc., a Nevada corporation (formerly, MCT Holding Corporation [the "Company"]) |

| PLF NO | DEF NO | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS |
|---|---|---|---|---|---|
| | 122 | | | | May 24, 2012 Letter from Burningham Re: Dakota Plains Holdings, Inc., a Nevada corporation (formerly, MCT Holding Corporation [the "Company"]) |
| | 123 | | | | |
| | 124 | | | | |
| | 125 | | | | |
| | 126 | | | | |
| | 127 | | | | |
| | 128 | | | 6/19/18 | Summary Exhibit of Trades March 23, 2012 through April 20, 2012 |
| | 129 | | | | Howard Weil Energy Conference Schedule |
| | 130 | | | 6/19/18 | Summary Exhibit of Wilson-Davis Customer Orders between March 23 and April 20, 2012 |
| | 131 | | | | Photograph of Total Depth Foundation Event |
| | 132 | | | | March 27, 2011 Email from Ryan Gilbertson re: RE: Share Transfer |
| | 133 | | | 6/19/18 | May 24, 2012 Email from Tim Brady re: Board Resolutions and Form of Promissory Note for Additional Payment |
| | 133a | | | 6/19/18 | Tim Brady Additional Payment Provision Analysis Presented to Board |
| | 134 | | | | Audit Committee Meeting Minutes from April 17, 2012 |
| | 135 | | | | April 17, 2012 Dakota Plains, Inc. Board of Directors Meeting Minutes |
| | 136 | | | | May 4, 2012 Email from Ryan Gilbertson re: Canaccord Follow-up |
| | 137 | | | | May 25, 2012 Dakota Plains Holdings, Inc. Board of Directors Meeting Minutes |
| | 138 | | | | July 22, 2012 Email from Michael Reger re: Empery /DAKP term sheet |
| | 139 | | | | July 20, 2012 Empery Asset Management Term Sheet |
| | 140 | | | | July 23, 2012 Summit Partners Term Sheet |
| | 141 | | | | August 14, 2012 Dakota Plains Holdings, Inc. Board of Directors Meeting Minutes |

| PLF NO | DEF NO | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS |
|---|---|---|---|---|---|
| | 142 | | | | August 14, 2012 Email from Chris Gibson re: DAKP update? |
| | 143 | | | | September 4, 2012 Email from David Floren re: DAKP - an interesting Bakken crude by rail company |
| | 144 | | | | September 12, 2012 Email from Nick Shermeta re: FW |
| | 145 | | | | September 12, 2012 Email from Toby LaBelle re: Confidential Offering of Promissory note for Dakota Plain (DAKP)-Bakken Crude by Rail |
| | 146 | | | | September 13, 2012 Email from Ryan Gilbertson re: Ryan Gilbertson 10b5-1 Stock Sale |
| | 147 | | | | September 17, 2012 Email from Nick Shermeta re: Confidential Offering - Dakota Plains Senior Unsecured Promissory Notes |
| | 148 | | | | September 24, 2012 Email from Steve Lindgren re: 9/24 |
| | 149 | | | | September 24, 2012 Email from Nick Turchyn re: Bloomberg Conversation |
| | 150 | | | | September 25, 2012 Email from Tim Brady re: Capital Needs |
| | 151 | | | | September 28, 2012 Dakota Plains Holdings, Inc. Board of Directors Meeting Minutes |
| | 152 | | | | October 1, 2012 Email from Nick Dillon re: Financial Model Updated with August JV Results |
| | 153 | | | | October 2, 2012 Email from Joshua Colburn re: Draft Term Sheet |
| | 154 | | | | October 2, 2012 Email from Nick Dillon re: Additional Payment Tax Implications |
| | 155 | | | | October 2, 2012 Email from Tim Brady re: Debt Offering |
| | 156 | | | | October 5, 2012 Email from Ryan Gilbertson re: Dakota Plains |
| | 157 | | | | October 5, 2012 Email from Colin Smith re: Dakota Plains |
| | 158 | | | 6/12/18 | October 9, 2012 Email from Ryan Gilbertson re: Proposed Debt Restructure |
| | 159 | | | | October 9, 2012 Email from Gabe Claypool re: Proposed Debt Restructure |
| | 160 | | | | October 10, 2012 Email from Gabe Claypool re: Dakota Plains - Board Review of New Debt Structure |
| | 161 | | | | October 10, 2012 Dakota Plains Holdings, Inc. Board of Director Meeting Minutes |

| PLF NO | DEF NO | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS |
|---|---|---|---|---|---|
|  | 162 |  |  |  | October 11, 2012 Email from Paul Cownie re: Draft Communication and Term Sheet |
|  | 163 |  |  |  | October 17, 2012 Dakota Plains Holdings, Inc. Board of Directors Meeting Minutes |
|  | 164 |  |  |  | October 30, 2012 Dakota Plains Holdings, Inc. Board of Directors Meeting Minutes |
|  | 165 |  |  |  | November 2, 2012 Dakota Plains Holdings, Inc. Board of Directors Meeting Minutes |
|  | 166 |  |  | 6/18/18 | October 28, 2012 Email from Morgan Burns re: Fw: Dakota Plains |
|  | 167 |  |  |  | August 31, 2012 Email from Mike Reger re: Fwd: Great Plains Sand |
|  | 168 |  |  |  |  |
|  | 169 |  |  |  |  |
|  | 170 |  |  |  |  |
|  | 171 |  |  |  |  |
|  | 172 |  |  |  |  |
|  | 173 |  |  |  |  |
|  | 174 |  |  |  |  |
|  | 175 |  |  |  | March 3, 2013 Email from Ryan Gilbertson re: Credit Facility |
|  | 176 |  |  |  | March 3, 2013 Email from Craig McKenzie re: Credit Brainstorming |
|  | 177 |  |  | 6/13/18 | November 7, 2013 Dakota Plains Holdings, Inc. Board of Directors Meeting Minutes |
|  | 178 |  |  |  | November 19, 2013 Email from Ryan Gilbertson re: worksheet (with attachment) |
|  | 179 |  |  |  | December 7, 2013 Email from David Brown re: Revised Loan Agreements |
|  | 180 |  |  |  | December 10, 2013 Email from Joshua Colburn re: Updated Debt PR |
|  | 181 |  |  |  | December 11, 2013 Dakota Plains Holdings, Inc. Press Release |
|  | 182 |  |  |  | December 12, 2013 Dakota Plains Holdings, Inc. Form 424B2 |

| PLF NO | DEF NO | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS |
|---|---|---|---|---|---|
| | 183 | | | | March 14, 2014 Dakota Plains Holdings, Inc. Press Release |
| | 184 | | | | December 8, 2014 Dakota Plains Holdings, Inc. Press Release |
| | 185 | | | | December 12, 2014 Dakota Plains Holdings, Inc. Press Release |
| | 186 | | | | February 10, 2015 Dakota Plains, Holdings, Inc. Press Release |
| | 187 | | | | March 16, 2015 Dakota Plains Holdings, Inc. Press Release |
| | 188 | | | | December 15, 2015 Open Letter from Lone Star Value to Board of Dakota Plains Holdings, Inc. |
| | 189 | | | | March 11, 2016 Dakota Plains Holdings, Inc. Press Release |
| | 190 | | | | |
| | 192 | | | | |
| | 193 | | | | |
| | 194 | | | | |
| | 195 | | | | |
| | 196 | | | | |
| | 197 | | | | |
| | 198 | | | | |
| | 199 | | | | |
| | 200 | | | | |
| | 201 | | | | |
| | 202 | | | | |
| | 203 | | | | |
| | 204 | | | | |
| | 205 | | | | |
| | 206 | | | | |
| | 207 | | | | |
| | 208 | | | | |
| | 209 | | | | |

| PLF NO | DEF NO | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS |
|---|---|---|---|---|---|
|  | 210 |  |  |  |  |
|  | 211 |  |  |  |  |
|  | 212 |  |  |  |  |
|  | 213 |  |  |  |  |
|  | 214 |  |  |  |  |
|  | 215 |  |  |  |  |
|  | 216 |  |  |  |  |
|  | 217 |  |  |  |  |
|  | 218 |  |  |  |  |
|  | 219 |  |  |  |  |
|  | 220 |  |  |  |  |
|  | 221 |  |  |  |  |
|  | 222 |  |  |  |  |
|  | 223 |  |  |  |  |
|  | 224 |  |  |  |  |
|  | 225 |  |  |  |  |
|  | 226 |  |  |  |  |
|  | 227 |  |  |  |  |
|  | 228 |  |  |  |  |
|  | 229 |  |  |  |  |
|  | 230 |  |  |  |  |
|  | 231 |  |  |  |  |
|  | 232 |  |  |  |  |
|  | 233 |  |  |  |  |
|  | 234 |  |  |  |  |
|  | 235 |  |  |  |  |
| PLF NO | DEF NO | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS |

| PLF NO | DEF NO | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS |
|---|---|---|---|---|---|
| | 236 | | | | |
| | 237 | | | | |
| | 238 | | | | |
| | 239 | | | | |
| | 240 | | | 6/18/18 | Summary Exhibit – Bakken Oil Production |
| | 241 | | | 6/18/18 (page 3) | Summary Exhibit – Dakota Plains Valuation |
| | 242 | | | | December 15, 2014 Open Letter to Dakota Plains from Lone Star Value |
| | 243 | | | | Summary Exhibit – Notable IPOs |
| | 244 | | | | Summary Exhibit – Oil Price Trends and Stock Trends |
| | 245 | | | | Summary Exhibit – Oil Transportation Decline |
| | 246 | | | | |
| | 247 | | | | |
| | 248 | | | | |
| | 249 | | | | |
| | 250 | | | | |
| | 251 | | | | |
| | 252 | | | | |
| | 253 | | | | |
| | 254 | | | | |
| | 255 | | | | |
| | 256 | | | | Transcript of November 20, 2015 testimony of Gabe Claypool |
| | 257 | | | | February 18, 2011 Email from Gabe Claypool re: DPT Opportunity |
| | 258 | | | 6/12/18 | February 28, 2011 Email from Gabe Claypool re: DPT Opportunity |
| | 259 | | | | March 3, 2011 Email from James Sankovitz re: DPT $4.25 PPM |

| PLF NO | DEF NO | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS |
|---|---|---|---|---|---|
| | 260 | | | | March 8, 2011 Email from James Sankovitz re: Employment Agreement |
| | 261 | | | | March 10, 2011 Email from Hal Lieberman |
| | 262 | | | | March 15, 2011 Email from Gabe Claypool re: Dakota Plains Transport – Canaccord Follow-up |
| | 263 | | | | March 16, 2011 Email from Gabe Claypool re: Keystone XL Pipeline Delayed |
| | 264 | | | | March 17, 2011 Email from James Sankovitz re: Section 83(b) |
| | 265 | | | | April 7, 2011 Email from Gabe Claypool re: Canadian Pacific Article |
| | 266 | | | | April 10, 2011 Email from Morgan Burns re: DPT Debt Offering |
| | 267 | | | | April 11, 2011 Email from Gabe Claypool re: DPT Alternative Names |
| | 268 | | | | April 18, 2011 Email from Gabe Claypool re: DPT Update |
| | 269 | | | 6/12/18 | April 19, 2011 Email from Gabe Claypool re: DPT Update |
| | 270 | | | | April 19, 2011 Email from Ryan Gilbertson re: DPT Update |
| | 271 | | | | May 2, 2011 Email from Brice Tarzwell re: Dakota Plains IPO Kick Off Meeting |
| | 272 | | | | May 5, 2011 Email from Gabe Claypool re: Prospectus Supp Summary |
| | 273 | | | | May 19, 2011 Email from Joshua Colburn re: Reincorporation Documents |
| | 274 | | | | May 24, 2011 Email from Carlos Cuervo re: DPTS Marketing – Minneapolis Team to Miami June 8-9 |
| | 275 | | | | May 25, 2011 Email from Gabe Claypool re: DPTS Marketing – Tank Car Leases |
| | 276 | | | | May 31, 2011 Email from Gabe Claypool re: Dakota Plains – Board of Directors Trip & Kick Off Meeting |
| | 277 | | | | June 1, 2011 Email from Gabe Claypool re: Shareholder Percentage |
| | 278 | | | 6/12/18 | June 6, 2011 Email from Gabe Claypool re: Dakota Plains – Board of Directors Trip & Kick Off Meeting |
| | 279 | | | | June 23, 2011 Email from James Sankovitz re: GPS Units |

| PLF NO | DEF NO | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS |
|---|---|---|---|---|---|
| | 280 | | | | June 29, 2011 Email from Nick Dillon re: Due Diligence List |
| | 281 | | | | July 12, 2011 Email from James Sankovitz re: Claypool $50,000 Loan |
| | 282 | | | 6/12/18 | July 15, 2011 Email from Gabe Claypool re: Dakota Plains Trucking, LLC Memorandum |
| | 283 | | | | July 25, 2011 Email from Gabe Claypool re: Reynold's 40 Acres in New Town Offer |
| | 284 | | | | August 2, 2011 Email from Gabe Claypool re: Dakota Plains – Board Meeting/Field Trip & NAPE |
| | 285 | | | | August 31, 2011 Email from Gabe Claypool re: PLS Midstream News Article – Highlighting Current Rail Output |
| | 286 | | | 6/20/18 | December 6, 2010 Northern Oil & Gas Board of Directors Meeting Minutes |
| | 287 | | | | September 2, 2011 Email from Gabe Claypool re: Tim Brady |
| | 288 | | | | September 7, 2011 Email from Ryan Gilbertson re: Offer Letter |
| | 289 | | | | September 27, 2011 Email from Gabe Claypool re: Storage Investment – JV Direction |
| | 290 | | | 6/13/18 | October 19, 2011 Email from Gabe Claypool re: MD Share Deal |
| | 291 | | | | |
| | 292 | | | 6/12/18 | March 14, 2012 Email from Nick Shermeta re: Bakken Rail Take-away Conf Call-Economics |
| | 293 | | | | March 22, 2012 Email from Gabe Claypool re: Dakota Plains Holdings, Inc. |
| | 294 | | | | December 13, 2014 Email from Gabe Claypool re: Dakota Plains Reverse Merger Action Items |
| | 295 | | | | February 29, 2011 Email from Gabe Claypool re: Dakota Plains – Board Update and March 5th Meeting Request |
| | 296 | | | 6/13/18 | March 15, 2012 Email from Tim Brady re: Dakota Plains Inc. 8K Draft |
| | 297 | | | | December 23, 2012 Email from Leonard Burningham re: Stock Purchase Agreement (Change in Control) |
| | 298 | | | 6/13/18 | June 26, 2012 Dakota Plains Holdings, Inc. Compensation Committee Meeting Minutes |
| | 299 | | | | November 15, 2012 Email from Gabe Claypool re: Board Meeting Request & Q3 Talking Points |

| PLF NO | DEF NO | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS |
|---|---|---|---|---|---|
| | 300 | | | | December 6, 2011 Email from Gabe Claypool re: Valuation |
| | 301 | | | 6/12/18 | September 2, 2011 Dakota Plains – Board Meeting & Field Trip September 15th & 16th |
| | 302 | | | | April 29, 2016 Form 10K-A for Dakota Plains Holdings, Inc. |
| | 303 | | | | |
| | 304 | | | | |
| | 305 | | | | |
| | 306 | | | | April 6, 2011 Email from Morgan Burns re: DPT – Canaccord Engagement |
| | 307 | | | | November 3, 2011 Email from Thomas Howells re: MCT discussion |
| | 308 | | | 6/13/18 | November 10, 2011 Email from James Sankovitz re: Dakota MOU |
| | 309 | | | | December 11, 2011 Email from Leonard Burningham re: MCT Stock Purchase Agreement, Engagement Letter and MCT Board Minutes of December 9, 2011 |
| | 310 | | | | |
| | 311 | | | | |
| | 312 | | | | |
| | 313 | | | | |
| | 314 | | | | |
| | 315 | | | | |
| | 316 | | | | |
| | 317 | | | | |
| | 318 | | | | |
| | 319 | | | | |
| | 320 | | | | |
| | 321 | | | | |
| | 322 | | | | |
| PLF NO | DEF NO | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS |

| PLF NO | DEF NO | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS |
|---|---|---|---|---|---|
| | 323 | | | | |
| | 324 | | | | |
| | 325 | | | | |
| | 326 | | | | |
| | 327 | | | | |
| | 328 | | | | |
| | 329 | | | | |
| | 330 | | | | February 17, 2010 Letter to Kim Culp Enclosing Dakota Plains Transport Stock Certificate |
| | 331 | | | | November 4, 2011 Shareholder Letter to Pokegama Limited Partnership |
| | 332 | | | 6/18 (page 18, 25) | March 14, 2013 Dakota Plains Holdings, Inc. Form 10-K |
| | 333 | | | | March 2, 2017 Dakota Plains Holdings, Inc. Form 8-K |
| | 334 | | | | |
| | 335 | | | 6/18/18 | May 4, 2012 Email from Ryan Gilbertson re: Canaccord Follow-up |
| | 336 | | | | |
| | 337 | | | | |
| | 338 | | | | |
| | 339 | | | | |
| | 340 | | | | |
| | 341 | | | | |
| | 342 | | | | |
| | 343 | | | | |
| | 344 | | | | |
| | 345 | | | | |

| PLF NO | DEF NO | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS |
|---|---|---|---|---|---|
| | 346 | | | | |
| | 347 | | | | |
| | 348 | | | | |
| | 349 | | | | |
| | 350 | | | 6/15/18 | March 11, 2012 email from Nick Shermeta re: Dakota |
| | 351 | | | 6/15/18 | March 16, 2012 email from Nick Shermeta re: North Dakota Field Visit |
| | 352 | | | 6/15/18 | March 15, 2012 email from Nick Shermeta |
| | 353 | | | 6/15/18 | March 20, 2012 email from Jessica Moody re: |
| | 354 | | | | |
| | 355 | | | 6/15/18 | April 4, 2012 email from Nick Shermeta re: Bakken Investments |
| | 356 | | | 6/15/18 | April 5, 2012 email from Nick Shermeta |
| | 357 | | | 6/15/18 | September 6, 2012 email from Nick Shermeta re: DAKP – an interesting Bakken crude by rail company |
| | 358 | | | | December 2011 through May 2012 Verizon cell phone records for Ryan Gilbertson, telephone number 612-202-0326 |
| | 359 | | | | December 2011 through June 2012 Verizon cell phone records for Ryan Gilbertson, telephone number 612-269-2334 |
| | 360 | | | 6/15/18 | November 2011 through June 2012 Verizon cell phone records for Nick Shermeta (billed to Natalie Shermeta), telephone number 612-382-3231 |
| | 361 | | | | |
| | 362 | | | | |
| | 363 | | | | |
| | 364 | | | | |
| | 365 | | | 6/15/18 | May 22, 2012 Email from Nick Shermeta re: Re |
| | 366 | | | 6/15/18 | January 2012 through December 2012 Northland Securities Brokerage Account Statements for Ryan Gilbertson |
| | 367 | | | | |

| PLF NO | DEF NO | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS |
|---|---|---|---|---|---|

| PLF NO | DEF NO | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS |
|---|---|---|---|---|---|
| | 368 | | | 6/15/18 | November 16, 2015 Proffer Letter Signed by Nicholas Shermeta |
| | 369 | | | | Dakota Plains Stock Certificate 3096 for 1,883,673 Shares Owned by Ryan Gilbertson dated January 29, 2018 |
| | 370 | | | | |
| | 371 | | | | |
| | 372 | | | | |
| | 372 | | | | |
| | 374 | | | | |
| | 375 | | | | December 22, 2010 Email from James Sankovitz to Bill Emison re: DPT Conversion to Minnesota LLC |
| | 376 | | | | January 6, 2011 Email from James Sankovitz to Ryan Gilbertson re: URGENT – DPT Tax Savings Projections |