# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MINNESOTA

## SENTENCING

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
|                Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| Ryan Randall Gilbertson, | ) |
|                Defendant. | ) |
| | ) |
| | ) |

**COURT MINUTES - CRIMINAL**

| | |
|---|---|
| Case No: | 17-CR-0066(1) (PJS/HB) |
| Date: | December 11, 2018 |
| Court Reporter: | Debra Beauvais |
| Courthouse: | Minneapolis |
| Courtroom: | 14E |
| Time Commenced: | 8:31 a.m. |
| Time Concluded: | 9:56 a.m. |
| Sealed Hearing Time: | |
| Time in Court: | 1 Hour & 25 Minutes |

Defendant's true name if different from charging instrument:
☐ Parties ordered to file stipulation or proposed order for name change.
☐ Clerk of Court is directed to change name to:

Before Patrick J. Schiltz, United States District Judge, at Minneapolis, Minnesota.

APPEARANCES:
    For Plaintiff:    Joseph Thompson, Kimberly Svendsen
    For Defendant:    William Mauzy, Kaitlin Ek, John Sullivan    ☐ FPD ☐ CJA ☒ Retained ☐ Appointed

☐ **Evidentiary Hearing** (only select if witness list filed)

☒ **Sentencing.**

☐ Hearing held on objections to the presentence report.

IT IS ORDERED:

Defendant is sentenced to:

| Count. No. | Plea | Verdict | BOP | AG | SR | PROB | HA |
|---|---|---|---|---|---|---|---|
| 1s – 11s | | Y | 144 months | | 2 years | | |
| 13s – 15s | | Y | 144 months | | 2 years | | |
| 16s | | Y | 60 months | | 2 years | | |
| 17s – 22s | | Y | 144 months | | 2 years | | |

Said terms to run ☒ concurrently ☐ consecutively

☒ Special conditions of :

**See J&C for special conditions**

☒ Defendant sentenced to pay:
   ☒ Fine in the amount of $2,000,000 to be paid immediately.
   ☒ Restitution in the amount of $15,135,361.
   ☐ Costs of prosecution in the amount of $ to be paid .
   ☒ Special assessment in the amount of $2,100 to be paid immediately.

☐ Plea and plea agreement accepted.
☐ Court Ordered Denial of Federal Benefits.
☒ Execution of sentence of imprisonment suspended until 10:00 a.m. on Tuesday, January 22, 2019.
☒ Defendant released pending execution of sentence of imprisonment on same terms and conditions as previously released.
☐ Execution of sentence of fine suspended.
☐ On Motion of the Gov't., the indictment in is dismissed as to this defendant only.
☐ Motion for departure is   ☐ granted   ☐ denied.
☐ Defendant remanded to the custody of the U.S. Marshal.

☒ Docket nos.: 297, 298 shall be unsealed at the time the judgment is filed.
☐ Docket no.:  shall remain sealed until.
☐ Docket no.:  shall be sealed indefinitely.

                                                         s/C. Glover
                                                        Courtroom Deputy