UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Criminal No. 17-66 PJS/HB

UNITED STATES OF AMERICA,

    Plaintiff,

    v.

RYAN RANDALL GILBERTSON,          **FINAL ORDER OF GARNISHMENT**

    Defendant,

FIRST STATE BANK OF SAUK CENTRE,

    Garnishee.

TO:    John Sullivan, Esq., counsel for Defendant Ryan Randall Gilbertson, and First State Bank of Sauk Centre, Garnishee.

On December 15, 2020, the Plaintiff United States entered into a Stipulation for Entry of Writ of Garnishment and Final Order for Garnishment (Doc. No. 355) with Defendant Ryan Randall Gilbertson.

On December 16, 2020, the United States applied for a Writ of Continuing Garnishment pursuant to 28 U.S.C. § 3205(b)(1) (Doc. No. 356). A Writ of Continuing Garnishment (Doc. No. 358) was duly issued by this Court and personally served on the Garnishee First State Bank of Sauk Centre on or about December 21, 2020, and upon counsel for the Defendant on or about December 18, 2020.

Pursuant to the Stipulation for Entry of Writ of Garnishment and Final Order for Garnishment (Doc. No. 355), Defendant Gilbertson waived his right to a hearing as to

this garnishment action. More than 20 days has elapsed and Defendant Gilbertson did not object. 28 U.S.C. § 3205(c)(5).

Pursuant to the Writ of Continuing Garnishment, the Garnishee filed an Answer with this Court on or about December 28, 2020. (Doc. No. 361) In its Answer, the Garnishee states that at the time of the service of the Writ, the Garnishee had, and continues to have, in its possession and under its control, personal property belonging to and due the Defendant, in the form of a retirement, checking and savings accounts in the approximate amount of $253,710.86.

Pursuant to the Stipulation for Entry of Writ of Garnishment and Final Order for Garnishment (Doc. No. 355 at 2 ¶ 4) Defendant Gilbertson waived any right he could assert under Section 303 of the Consumer Protection Act ("CCPA"), 15 U.S.C. § 1673, including not limiting the garnishment of the First State Bank of Sauk Centre accounts to 25% of its value and agreeing to entry of a final order of garnishment for the full value of the account after deducting the statutory penalties and mandated taxes.

The Stipulation for Entry of Writ of Garnishment and Final Order for Garnishment (Doc. No. 355) is incorporated herein by reference and is adopted by the Court.

THEREFORE, **IT IS HEREBY ORDERED** that the Garnishee First State Bank of Sauk Centre shall:

1. Liquidate and distribute the balance (valued as of the day of the liquidation) of Defendant Gilbertson's retirement account after payment of statutory penalties (at the 10% level for early withdrawal) and mandated federal and state and local taxes on the liquidated sums (in the amounts of 37% and

       9.85%, respectively), which shall be remitted directly to the Internal Revenue Service and the Minnesota Treasury Department;

2. Pay the remaining proceeds of the retirement account plus the full balance of the checking and savings accounts to the Plaintiff, in care of the Clerk of Court, 202 U.S. Courthouse, 300 South Fourth Street, Minneapolis, Minnesota 55415 with a check made payable to the "Clerk of Court"; and

3. Take all steps necessary, including but not limited to, the sale of securities in order to comply with this Final Order of Garnishment.

Dated:  January 21, 2021              s/ *Hildy Bowbeer*
                                             HILDY BOWBEER
                                             United States Magistrate Judge