# UNITED STATES DISTRICT COURT
for the

District of Minnesota

| | |
|---|---|
| United States of America | ) |
| v. | ) |
| Ryan Randall Gilbertson | ) Case No: 17-CR-0066 (PJS/HB) |
| | ) USM No: 21080-041 |
| Date of Original Judgment: 12/11/2018 | ) |
| Date of Previous Amended Judgment: 01/02/2019 | ) William J. Mauzy |
| *(Use Date of Last Amended Judgment if Any)* | *Defendant's Attorney* |

## ORDER REGARDING MOTION FOR SENTENCE REDUCTION
## PURSUANT TO 18 U.S.C. § 3582(c)(2)

Upon motion of ☑ the defendant ☐ the Director of the Bureau of Prisons ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG §1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:
☑DENIED.  ☐GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of _____ months **is reduced to** _____ .

*(See Page 2 for additional parts. Complete Parts I and II of Page 2 when motion is granted)*

The defendant is ineligible for a sentence reduction because he was not a zero-point offender and did not receive any status points.

Except as otherwise provided, all provisions of the judgment dated    01/02/2019    shall remain in effect.
**IT IS SO ORDERED**.

Order Date:         07/01/2024

*Judge's signature*

Effective Date: _____
*(if different from order date)*

Patrick J. Schiltz, Chief Judge
*Printed name and title*